UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
KENNETH M. KRYS and CHRISTOPHER
STRIDE, as JOINT OFFICIAL LIQUIDATORS
of SPHINX LTD., SPHINX STRATEGY FUND
LTD.;
SPHINX PLUS SPC LTD., SPHINX
DISTRESSED LTD., SPHINX MERGER
ARBITRAGE LTD.; SPHINX SPECIAL
SITUATIONS LTD., SPHINX MACRO LTD.;
SPHINX LONG/SHORT EQUITY LTD.;
SPHINX MANAGED FUTURES LTD.; SPHINX
EQUITY MARKET NEUTRAL LTD.; SPHINX
CONVERTIBLE ARBITRAGE LTD.; SPHINX
FIXED INCOME ARBITRAGE LTD.; SPHINX
DISTRESSED FUND SPC; SPHINX MERGER
ARBITRAGE FUND SPC; SPHINX SPECIAL
SITUATIONS FUND SPC; SPHINX MACRO
FUND SPC; SPHINX LONG/SHORT EQUITY
FUND SPC; SPHINX MANAGED FUTURES
FUND SPC; SPHINX EQUITY MARKET
NEUTRAL FUND SPC; SPHINX
CONVERTIBLE ARBITRAGE FUND SPC;
SPHINX FIXED INCOME ARBITRAGE FUND
SPC; PLUSFUNDS MANAGED ACCESS FUND
SPC LTD.; KENNETH M. KRYS and
CHRISTOPHER STRIDE as assignees of claims
assigned by MIAMI CHILDREN'S HOSPITAL
FOUNDATION, OFI, GREEN & SMITH
INVESTMENT MANAGEMENT LLC, THALES
FUND MANAGEMENT LLC, KELLNER
DILEO & CO., LLC, MARTINGALE ASSET
MANAGEMENT LP, LONGACRE FUND
MANAGEMENT LLC, ARNHOLD & S.
BLEICHROEDER ADVISERS LLC, PICTET &
CIE, RGA AMERICA REINSURANCE
COMPANY, DEUTSCHE BANK (SUISSE) SA,
ARAB MONETARY FUND, HANSARD
INTERNATIONAL LTD., CONCORDIA
ADVISORS LLC, GABELLI SECURITIES, INC.,
CITCO GLOBAL CUSTODY; and JAMES
P. SINCLAIR as Trustee of the SPHINX TRUST,



08 CV 3086

08 Civ. _____

RULE 7.1 CORPORATE
DISCLOSURE
STATEMENT OF
DEFENDANT
BANK OF AMERICA
SECURITIES LLC

      Plaintiffs,         :

 -against-             :

CHRISTOPHER SUGRUE; MARK     :
KAVANAGH; BRIAN OWENS;      :
PRICEWATERHOUSECOOPERS L.L.P.; MARI :
FERRIS; PRICEWATERHOUSECOOPERS  :
CAYMAN ISLANDS; GIBSON, DUNN &   :
CRUTCHER LLP; REFCO ALTERNATIVE  :
INVESTMENTS LLC; GRANT THORNTON  :
LLP; MARK RAMLER; ERNST & YOUNG U.S. :
LLP; MAYER BROWN LLP f/k/a MAYER  :
BROWN ROWE & MAW LLP; JOSEPH   :
COLLINS; EDWARD S. BEST; PAUL KOURY; :
PHILLIP R. BENNETT; ROBERT C. TROSTEN; :
TONE GRANT; SANTO MAGGIO; THOMAS :
HACKL; DENNIS KLEJNA; BAWAG P.S.K.  :
BANK FUR ARBEIT UND WIRTSCHAFT UND :
OSTERREICHISCHE POSTPARKASSE   :
AKTIENGESELLSEHAFT; JP MORGAN   :
CHASE & CO.;             :
CREDIT SUISSE SECURITIES      :
(USA) LLC f/k/a CREDIT SUISSE FIRST   :
BOSTON LLC; BANC OF AMERICA    :
SECURITIES LLC; THOMAS H. LEE    :
PARTNERS, L.P.; THOMAS H. LEE     :
ADVISORS, LLC; THL MANAGERS V, LLC;  :
THL EQUITY ADVISORS V, L.P.; THOMAS H. :
LEE EQUITY FUND V, L.P.; THOMAS H. LEE :
PARALLEL FUND V, L.P.; THOMAS H. LEE  :
EQUITY (CAYMAN) FUND V, L.P.; THOMAS :
H. LEE INVESTORS LIMITED PARTNERSHIP; :
1997 THOMAS H. LEE NOMINEE TRUST;  :
THOMAS H. LEE; DAVID V. HARKINS;   :
SCOTT L. JAECKEL; SCOTT A. SCHOEN;  :
WILLIAM T. PIGOTT; LIBERTY CORNER  :
CAPITAL STRATEGIES, LLC; EMF     :
FINANCIAL PRODUCTS LLC; EMF CORE  :
FUND LTD.; DELTA FLYER FUND LLC; ERIC :
M. FLANAGAN; INGRAM MICRO, INC.; CIM :
VENTURES, INC.; BECKENHAM TRADING  :
CO., INC.; ANDREW KRIEGER; COAST   :

ASSET MANAGEMENT, LLC, f/k/a COAST     :
ASSET MANAGEMENT LP; CS LAND           :
MANAGEMENT LLC; CHRISTOPHER            :
PETTIT; and REFCO GROUP HOLDINGS,      :
INC.; and REFCO ASSOCIATES, INC.,      :
                                       :
              Defendants.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Bank of America Securities LLC ("BOA"), by its undersigned counsel, files this corporate disclosure statement.

BOA is an indirect subsidiary of Bank of America Corporation, a publicly held corporation. There is no other publicly held corporation that owns 10% or more of BOA's stock.

Dated:    March 26, 2008                    Respectfully Submitted,

                                            WILMER CUTLER PICKERING
                                               HALE AND DORR LLP

                                            By: _____
                                              Robert B. McCaw (RM-7427)
                                              Philip D. Anker (PA-7833)
                                              John V.H. Pierce (JP-2870)
                                              James Millar (JM-6091)
                                              Jeremy S. Winer (JW-8823)
                                              Ross E. Firsenbaum (RF-6306)

                                              399 Park Avenue
                                              New York, New York 10022
                                              Tel.: (212)-230-8800
                                              Fax: (212)-230-8888
                                              *Attorneys for Defendants JP Morgan Chase & Co., Credit Suisse Securities (USA) LLC (formerly Credit Suisse First Boston LLC), and Banc of America Securities LLC*