UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
KENNETH M. KRYS and CHRISTOPHER : 
STRIDE, as JOINT OFFICIAL LIQUIDATORS :
of SPHINX LTD., SPHINX STRATEGY FUND :
LTD.; :
SPHINX PLUS SPC LTD., SPHINX :
DISTRESSED LTD., SPHINX MERGER :
ARBITRAGE LTD.; SPHINX SPECIAL :
SITUATIONS LTD., SPHINX MACRO LTD.; :   08 Civ. 3086
SPHINX LONG/SHORT EQUITY LTD.; :
SPHINX MANAGED FUTURES LTD.; SPHINX :   **RULE 7.1 CORPORATE**
EQUITY MARKET NEUTRAL LTD.; SPHINX :   **DISCLOSURE**
CONVERTIBLE ARBITRAGE LTD.; SPHINX :   **STATEMENT OF**
FIXED INCOME ARBITRAGE LTD.; SPHINX :   **DEFENDANT**
DISTRESSED FUND SPC; SPHINX MERGER :   **CREDIT SUISSE**
ARBITRAGE FUND SPC; SPHINX SPECIAL :   **SECURITIES (USA) LLC**
SITUATIONS FUND SPC; SPHINX MACRO :
FUND SPC; SPHINX LONG/SHORT EQUITY :
FUND SPC; SPHINX MANAGED FUTURES :
FUND SPC; SPHINX EQUITY MARKET :
NEUTRAL FUND SPC; SPHINX :
CONVERTIBLE ARBITRAGE FUND SPC; :
SPHINX FIXED INCOME ARBITRAGE FUND :
SPC; PLUSFUNDS MANAGED ACCESS FUND :
SPC LTD.; KENNETH M. KRYS and :
CHRISTOPHER STRIDE as assignees of claims :
assigned by MIAMI CHILDREN'S HOSPITAL :
FOUNDATION, OFI, GREEN & SMITH :
INVESTMENT MANAGEMENT LLC, THALES :
FUND MANAGEMENT LLC, KELLNER :
DILEO & CO., LLC, MARTINGALE ASSET :
MANAGEMENT LP, LONGACRE FUND :
MANAGEMENT LLC, ARNHOLD & S. :
BLEICHROEDER ADVISERS LLC, PICTET & :
CIE, RGA AMERICA REINSURANCE :
COMPANY, DEUTSCHE BANK (SUISSE) SA, :
ARAB MONETARY FUND, HANSARD :
INTERNATIONAL LTD., CONCORDIA :
ADVISORS LLC, GABELLI SECURITIES, INC., :
CITCO GLOBAL CUSTODY; and JAMES :
P. SINCLAIR as Trustee of the SPHINX TRUST, :

|  |  |
|---|---|
| Plaintiffs, | : |
|  | : |
| -against- | : |
|  | : |
| CHRISTOPHER SUGRUE; MARK KAVANAGH; BRIAN OWENS; PRICEWATERHOUSECOOPERS L.L.P.; MARI FERRIS; PRICEWATERHOUSECOOPERS CAYMAN ISLANDS; GIBSON, DUNN & CRUTCHER LLP; REFCO ALTERNATIVE INVESTMENTS LLC; GRANT THORNTON LLP; MARK RAMLER; ERNST & YOUNG U.S. LLP; MAYER BROWN LLP f/k/a MAYER BROWN ROWE & MAW LLP; JOSEPH COLLINS; EDWARD S. BEST; PAUL KOURY; PHILLIP R. BENNETT; ROBERT C. TROSTEN; TONE GRANT; SANTO MAGGIO; THOMAS HACKL; DENNIS KLEJNA; BAWAG P.S.K. BANK FUR ARBEIT UND WIRTSCHAFT UND OSTERREICHISCHE POSTPARKASSE AKTIENGESELLSEHAFT; JP MORGAN CHASE & CO.; CREDIT SUISSE SECURITIES (USA) LLC f/k/a CREDIT SUISSE FIRST BOSTON LLC; BANC OF AMERICA SECURITIES LLC; THOMAS H. LEE PARTNERS, L.P.; THOMAS H. LEE ADVISORS, LLC; THL MANAGERS V, LLC; THL EQUITY ADVISORS V, L.P.; THOMAS H. LEE EQUITY FUND V, L.P.; THOMAS H. LEE PARALLEL FUND V, L.P.; THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P.; THOMAS H. LEE INVESTORS LIMITED PARTNERSHIP; 1997 THOMAS H. LEE NOMINEE TRUST; THOMAS H. LEE; DAVID V. HARKINS; SCOTT L. JAECKEL; SCOTT A. SCHOEN; WILLIAM T. PIGOTT; LIBERTY CORNER CAPITAL STRATEGIES, LLC; EMF FINANCIAL PRODUCTS LLC; EMF CORE FUND LTD.; DELTA FLYER FUND LLC; ERIC M. FLANAGAN; INGRAM MICRO, INC.; CIM VENTURES, INC.; BECKENHAM TRADING CO., INC.; ANDREW KRIEGER; COAST | : |

```
ASSET MANAGEMENT, LLC, f/k/a COAST      :
ASSET MANAGEMENT LP; CS LAND            :
MANAGEMENT LLC; CHRISTOPHER             :
PETTIT; and REFCO GROUP HOLDINGS,       :
INC.; and REFCO ASSOCIATES, INC.,       :
                                        :
                Defendants.             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X
```

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Credit Suisse Securities (USA) LLC hereby certifies that it is a wholly owned subsidiary of Credit Suisse (USA), Inc., which in turn is a wholly owned subsidiary of Credit Suisse Holdings (USA), Inc. (formerly known as Credit Suisse First Boston, Inc.).  Credit Suisse Holdings (USA), Inc. is a jointly owned subsidiary of:  (a) Credit Suisse Group, whose shares are publicly traded on the Swiss Stock Exchange, and (b) Credit Suisse, a wholly owned subsidiary of Credit Suisse Group.

Dated:    April 1, 2008                    Respectfully Submitted,

                                                                   WILMER CUTLER PICKERING
                                                                      HALE AND DORR LLP

By: /s/ Philip D. Anker
    Robert B. McCaw (RM-7427)
    Philip D. Anker (PA-7833)
    John V.H. Pierce (JP-2870)
    James Millar (JM-6091)
    Jeremy S. Winer (JW-8823)
    Ross E. Firsenbaum (RF-6306)

399 Park Avenue
New York, New York 10022
Tel.: (212)-230-8800
Fax: (212)-230-8888
*Attorneys for Defendants JP Morgan Chase & Co., Credit Suisse Securities (USA) LLC (formerly Credit Suisse First Boston LLC), and Banc of America Securities LLC*