UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

KENNETH M. KRYS and CHRISTOPHER :
STRIDE, as JOINT OFFICIAL LIQUIDATORS :
of SPHINX LTD., SPHINX STRATEGY FUND :
LTD.; SPHINX PLUS SPC LTD., SPHINX :
DISTRESSED LTD., SPHINX MERGER :
ARBITRAGE LTD.; SPHINX SPECIAL :
SITUATIONS LTD., SPHINX MACRO LTD.; :  08 Civ. 3086
SPHINX LONG/SHORT EQUITY LTD.; :
SPHINX MANAGED FUTURES LTD.; SPHINX :
EQUITY MARKET NEUTRAL LTD.; SPHINX :  **RULE 7.1 DISCLOSURE**
CONVERTIBLE ARBITRAGE LTD.; SPHINX :  **STATEMENT OF DEFENDANT**
FIXED INCOME ARBITRAGE LTD.; SPHINX :  **GRANT THORNTON LLP**
DISTRESSED FUND SPC; SPHINX MERGER :
ARBITRAGE FUND SPC; SPHINX SPECIAL :
SITUATIONS FUND SPC; SPHINX MACRO :
FUND SPC; SPHINX LONG/SHORT EQUITY :
FUND SPC; SPHINX MANAGED FUTURES :
FUND SPC; SPHINX EQUITY MARKET :
NEUTRAL FUND SPC; SPHINX :
CONVERTIBLE ARBITRAGE FUND SPC; :
SPHINX FIXED INCOME ARBITRAGE FUND :
SPC; PLUSFUNDS MANAGED ACCESS FUND :
SPC LTD.; KENNETH M. KRYS and :
CHRISTOPHER STRIDE as assignees of claims :
assigned by MIAMI CHILDREN'S HOSPITAL :
FOUNDATION, OFI, GREEN & SMITH :
INVESTMENT MANAGEMENT LLC, THALES :
FUND MANAGEMENT LLC, KELLNER :
DILEO & CO., LLC, MARTINGALE ASSET :
MANAGEMENT LP, LONGACRE FUND :
MANAGEMENT LLC, ARNHOLD & S. :
BLEICHROEDER ADVISERS LLC, PICTET & :
CIE, RGA AMERICA REINSURANCE :
COMPANY, DEUTSCHE BANK (SUISSE) SA, :
ARAB MONETARY FUND, HANSARD :
INTERNATIONAL LTD., CONCORDIA :
ADVISORS LLC, GABELLI SECURITIES, INC., :
CITCO GLOBAL CUSTODY; and JAMES :
P. SINCLAIR as Trustee of the SPHINX TRUST, :
 :
     Plaintiffs, :
 :
  -against- :

CHRISTOPHER SUGRUE; MARK : KAVANAGH; BRIAN OWENS; : PRICEWATERHOUSECOOPERS L.L.P.; MARI : FERRIS; PRICEWATERHOUSECOOPERS : CAYMAN ISLANDS; GIBSON, DUNN & : CRUTCHER LLP; REFCO ALTERNATIVE : INVESTMENTS LLC; GRANT THORNTON : LLP; MARK RAMLER; ERNST & YOUNG U.S. : LLP; MAYER BROWN LLP f/k/a MAYER : BROWN ROWE & MAW LLP; JOSEPH : COLLINS; EDWARD S. BEST; PAUL KOURY; : PHILLIP R. BENNETT; ROBERT C. TROSTEN; : TONE GRANT; SANTO MAGGIO; THOMAS : HACKL; DENNIS KLEJNA; BAWAG P.S.K. : BANK FUR ARBEIT UND WIRTSCHAFT UND : OSTERREICHISCHE POSTPARKASSE : AKTIENGESELLSEHAFT; JP MORGAN : CHASE & CO.; CREDIT SUISSE SECURITIES : (USA) LLC f/k/a CREDIT SUISSE FIRST : BOSTON LLC; BANC OF AMERICA : SECURITIES LLC; THOMAS H. LEE : PARTNERS, L.P.; THOMAS H. LEE : ADVISORS, LLC; THL MANAGERS V, LLC; : THL EQUITY ADVISORS V, L.P.; THOMAS H. : LEE EQUITY FUND V, L.P.; THOMAS H. LEE : PARALLEL FUND V, L.P.; THOMAS H. LEE : EQUITY (CAYMAN) FUND V, L.P.; THOMAS : H. LEE INVESTORS LIMITED PARTNERSHIP; : 1997 THOMAS H. LEE NOMINEE TRUST; : THOMAS H. LEE; DAVID V. HARKINS; : SCOTT L. JAECKEL; SCOTT A. SCHOEN; : WILLIAM T. PIGOTT; LIBERTY CORNER : CAPITAL STRATEGIES, LLC; EMF : FINANCIAL PRODUCTS LLC; EMF CORE : FUND LTD.; DELTA FLYER FUND LLC; ERIC : M. FLANAGAN; INGRAM MICRO, INC.; CIM : VENTURES, INC.; BECKENHAM TRADING : CO., INC.; ANDREW KRIEGER; COAST : ASSET MANAGEMENT, LLC, f/k/a COAST : ASSET MANAGEMENT LP; CS LAND : MANAGEMENT LLC; CHRISTOPHER : PETTIT; and REFCO GROUP HOLDINGS, : INC.; and REFCO ASSOCIATES, INC., :
:
Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

2

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Grant Thornton LLP certifies that Grant Thornton LLP is an Illinois limited liability partnership which does not have a parent company, and further certifies that there is no authorized or outstanding stock in Grant Thornton LLP.

Dated: New York, New York
      April 1, 2008

Respectfully submitted,
WINSTON & STRAWN LLP

By:      _____/s/_____

David E. Mollón (dmollon@winston.com)
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
Ph: (212) 294-6700
Fax: (212) 294-4700

Of Counsel:
    Bradley E. Lerman (blerman@winston.com)
    Catherine W. Joyce (cjoyce@winston.com)
    Linda T. Coberly (lcoberly@winston.com)
    WINSTON & STRAWN LLP
    35 W. Wacker Drive
    Chicago, Illinois 60601
    Ph: (312) 558-5600
    Fax: (312) 558-5700

*Attorneys for Defendant Grant Thornton LLP*