UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
KENNETH M. KRYS and CHRISTOPHER : 
STRIDE, as JOINT OFFICIAL LIQUIDATORS : Index No. 08 CV 3086
of SPHINX LTD., SPHINX STRATEGY FUND :
LTD.; : NOTICE OF JOINDER IN
SPHINX PLUS SPC LTD., SPHINX : REMOVAL OF ACTION
DISTRESSED LTD., SPHINX MERGER : PURSUANT TO
ARBITRAGE LTD., SPHINX SPECIAL : 28 U.S.C. § 1452
SITUATIONS LTD., SPHINX MACRO LTD.; :
SPHINX LONG/SHORT EQUITY LTD.; :
SPHINX MANAGED FUTURES LTD.; SPHINX :
EQUITY MARKET NEUTRAL LTD.; SPHINX :
CONVERTIBLE ARBITRAGE LTD.; SPHINX :
FIXED INCOME ARBITRAGE LTD.; SPHINX :
DISTRESSED FUND SPC; SPHINX MERGER :
ARBITRAGE FUND SPC; SPHINX SPECIAL :
SITUATIONS FUND SPC; SPHINX MACRO :
FUND SPC; SPHINX LONG/SHORT EQUITY :
FUND SPC; SPHINX MANAGED FUTURES :
FUND SPC; SPHINX EQUITY MARKET :
NEUTRAL FUND SPC; SPHINX :
CONVERTIBLE ARBITRAGE FUND SPC; :
SPHINX FIXED INCOME ARBITRAGE FUND :
SPC; PLUSFUNDS MANAGED ACCESS FUND :
SPC LTD.; KENNETH M. KRYS and :
CHRISTOPHER STRIDE as assignees of claims :
assigned by MIAMI CHILDREN'S HOSPITAL :
FOUNDATION, OFI, GREEN & SMITH :
INVESTMENT MANAGEMENT LLC, THALES :
FUND MANAGEMENT LLC, KELLNER :
DILEO & CO., LLC, MARTINGALE ASSET :
MANAGEMENT LP, LONGACRE FUND :
MANAGEMENT LLC, ARNHOLD & S. :
BLEICHROEDER ADVISERS LLC, PICTET & :
CIE, RGA AMERICA REINSURANCE :
COMPANY, DEUTSCHE BANK (SUISSE) SA, :
ARAB MONETARY FUND, HANSARD :
INTERNATIONAL LTD., CONCORDIA :
ADVISORS LLC, GABELLI SECURITIES, INC., :
CITCO GLOBAL CUSTODY; and JAMES :
P. SINCLAIR as Trustee of the SPHINX TRUST, :
:
                     Plaintiffs, :

84286163_1

|  |  |
|---|---|
| - against - | : |
|  | : |
|  | : |
| CHRISTOPHER SUGRUE; MARK KAVANAGH; BRIAN OWENS; PRICEWATERHOUSECOOPERS L.L.P.; MARI FERRIS; PRICEWATERHOUSECOOPERS CAYMAN ISLANDS; GIBSON, DUNN & CRUTCHER LLP; REFCO ALTERNATIVE INVESTMENTS LLC; GRANT THORNTON LLP; MARK RAMLER; ERNST & YOUNG U.S. LLP; MAYER BROWN LLP f/k/a MAYER BROWN ROWE & MAW LLP; JOSEPH COLLINS; EDWARD S. BEST; PAUL KOURY; PHILLIP R. BENNETT; ROBERT C. TROSTEN; TONE GRANT; SANTO MAGGIO; THOMAS HACKL; DENNIS KLEJNA; BAWAG P.S.K. BANK FUR ARBEIT UND WIRTSCHAFT UND OSTERREICHISCHE POSTPARKASSE AKTIENGESELLSEHAFT; JP MORGAN CHASE & CO.; CREDIT SUISSE SECURITIES (USA) LLC f/k/a CREDIT SUISSE FIRST BOSTON LLC; BANC OF AMERICA SECURITIES LLC; THOMAS H. LEE PARTNERS, L.P.; THOMAS H. LEE ADVISORS, LLC; THL MANAGERS V, LLC; THL EQUITY ADVISORS V, L.P.; THOMAS H. LEE EQUITY FUND V, L.P.; THOMAS H. LEE PARALLEL FUND V, L.P.; THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P.; THOMAS H. LEE INVESTORS LIMITED PARTNERSHIP; 1997 THOMAS H. LEE NOMINEE TRUST; THOMAS H. LEE; DAVID V. HARKINS; SCOTT L. JAECKEL; SCOTT A. SCHOEN; WILLIAM T. PIGOTT; LIBERTY CORNER CAPITAL STRATEGIES, LLC; EMF FINANCIAL PRODUCTS LLC; EMF CORE FUND LTD.; DELTA FLYER FUND LLC; ERIC M. FLANAGAN; INGRAM MICRO, INC.; CIM VENTURES, INC.; BECKENHAM TRADING CO., INC.; ANDREW KRIEGER; COAST ASSET MANAGEMENT, LLC, f/k/a COAST ASSET MANAGEMENT LP; CS LAND MANAGEMENT LLC; CHRISTOPHER PETTIT; and REFCO GROUP HOLDINGS, INC.; and REFCO ASSOCIATES, INC., | : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : : |

84286163_1                              2

|                     |   |
|---------------------|---|
| Defendants.         | : |
|                     | : |
|                     | : |
|                     | : |
| ------------------------------------------------------------------ x |   |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

PLEASE TAKE NOTICE that, on this date, defendant Dennis J. Klejna ("Klejna") joins in the Notice of Removal Pursuant to 28 U.S.C. § 1452 filed by defendants JP Morgan & Co.; Credit Suisse Securities (USA) (formerly Credit Suisse First Boston LLC); Banc of America Securities LLC; Grant Thornton LLP; Mark Ramler; Mayer Brown LLP; Mayer Brown International LLP; Thomas H. Lee Partners, L.P.; Thomas H. Lee Advisors, LLC; THL Managers V, LLC; THL Equity Advisors V, L.P.; Thomas H. Lee Equity Fund V, L.P.; Thomas H. Lee Parallel Fund V, L.P.; Thomas H. Lee (Cayman) Fund V, L.P.; Thomas H. Lee Investors Limited Partnership; 1997 Thomas H. Lee Nominee Trust; Thomas H. Lee; David V. Harkins; Scott L. Jaeckel; Scott A. Schoen; PricewaterhouseCoopers LLP; and Mari Ferris on March 26, 2008 (the "Notice"), which removed this entire action from the Supreme Court of the State of New York to the United States District Court for the Southern District of New York, for the reasons set forth in the Notice. As set forth in the Notice, this Court has original jurisdiction over the matter pursuant to 28 U.S.C. § 1334(b).

Klejna has filed this Joinder within 30 days of his receipt, through service or otherwise, of a copy of the initial pleading in accordance with 28 U.S.C. § 1446(b) and Fed. R. Bankr. P. 9027 (a)(3). Klejna received, through service or otherwise, a copy of the initial pleading no earlier than March 13, 2008.

Klejna will promptly serve a copy of this Joinder on counsel for Plaintiffs and file a copy of the Joinder with the Clerk of the New York State Court in accordance with the terms of 28

U.S.C. § 1446 (d) and Fed. R. Bankr. 9027 (b) and (c). A true and correct copy of the Certificate of Service for the Joinder is attached hereto.

WHEREFORE, Klejna respectfully requests that this Court accept this Joinder and grant him such other and further relief as the Court deems just and proper.

Dated: April 3, 2008

KATTEN MUCHIN ROSENMAN LLP

By: _____
Bruce M. Sabados (BMS-4258)
575 Madison Avenue
New York, New York 10022
(212) 940-8800

Helen B. Kim (HK-8757)
2029 Century Park East
Suite 2600
Los Angeles, California 90067
(310) 788-4400

Attorneys for Defendant
Dennis J. Klejna

| | | |
|---|---|---|
| STATE OF NEW YORK ) | | |
| | : ss.: | AFFIDAVIT OF SERVICE BY MAIL |
| COUNTY OF NEW YORK ) | | |

JULIAN SANTOS, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and am employed by the firm of Katten Muchin Rosenman LLP.

2. On the 3rd day of April, 2008, I served the annexed **NOTICE OF JOINDER IN REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1452** in this action, upon the following at the addresses indicated, by depositing a true copy thereof, enclosed in properly addressed postpaid wrappers marked first class mail, in an official depository of the United States Postal Service within the State of New York:

[See Service List]

_____
JULIAN SANTOS

Sworn to before me this
3rd day of April, 2008
_____
Notary Public

DARIEN PEREYRA
NOTARY PUBLIC, State of New York
No. 01PE6175245
Qualified in New York County
Commission Expires October 09, 2011

41327662.01

## SERVICE LIST

Leo R. Beus
BIUS GILBERT PLLC
4800 North Scottsdale Road
Suite 600
Scottsdale, AZ 85251
*Counsel for Plaintiffs Kenneth R. Krys and Christopher Stride as Joint Official Liquidators of the Sphinx Funds and James P. Sinclair, as Trustee of the Sphinx Trust*

David Molton
BROWN RUDNICK LLP
Seven Times Square
Times Square Tower
New York, NY 10036
*Counsel for Plaintiffs Kenneth R. Krys and Christopher Stride as Joint Official Liquidators of the Sphinx Funds and James P. Sinclair, as Trustee of the Sphinx Trust*

Mitchell A. Karlan
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
*Counsel to Defendant Gibson, Dunn & Crutcher LLP*

James J. Capra, Jr.
ORRICK HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103
*Counsel to Defendants PricewaterhouseCoopers LLP and Mari Ferris*

David W. Wiltenburg
HUGHES HUBBARD & REED, LLP
One Battery Park Plaza
New York, NY 10004
*Counsel to Defendant PricewaterhouseCoopers Cayman Islands*

Refco Alternative Investments LLC
c/o CT Corporation System
111 Eighth Avenue
New York, NY 10011

David Emilio Mollon
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY
*Counsel to Defendants Grant Thornton LLP and Mark S. Ramler*

Mr. Christopher Sugrue
150 Central Park South, Apt. 2010
New York, NY 10019

41327662.01

Christopher R. Harris
LATHAM & WATKINS LLP
885 Third Avenue
Suite 1000
New York, NY 10022
*Counsel to Defendant Ernst & Young U.S. LLP*

John K. Villa
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
*Counsel to Defendant Mayer Brown LLP*

Jonathan Paul Bach
COOLEY GODWARD KRONISH LLP
1114 Avenue of the Americas
New York, NY 10036
*Counsel to Defendant Joseph Collins*

Edward S. Best
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606

Charles E. Clayman
CLAYMAN & ROSENBERG
305 Madison Avenue, Suite 1301
New York, NY 10165
*Counsel to Defendant Paul Koury*

Jeffrey T. Golenbock
GOLENBOCK EISEMAN ASSOR
BELL & PESKIE LLP
437 Madison Avenue
New York, NY 10022-7302
*Counsel to Defendants Phillip R. Bennett and Refco Group Holdings, Inc.*

Barbara Moses
MORVILLO, ABRAMOWITZ, GRAND, IASON,
ANELLO & BOHRER, P.C.
565 Fifth Avenue
New York, NY 10017
*Counsel to Defendant Robert C. Trosten*

Melinda Sarafa
ZUCKERMAN SPAEDER LLP
1540 Broadway
Suite 1604
New York, NY 10036
*Counsel to Defendant Tone Grant*

41327662.01

Scott E. Hershman
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, NY 10166-0091
*Counsel to Defendant Santo C. Maggio*

Mr. Thomas Hackl
150 Central Park South
New York, NY 10019

Nicolle L. Jacoby
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112-2200
*Counsel to Defendant BAWAG P.S.K. Bank fur Arbeit und Wirtschaft und Osterreichische Postsparkasse Aktiengesellschaft*

Philip D. Anker
WILMER CUTLER PICKERING
HALE AND DORR
399 Park Avenue
New York, NY 10128
*Counsel to Defendants JP Morgan Chase & Co.; Credit Suisse Securities (USA) LLC; and Banc of America Securities LLC*

Greg A. Danilow
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
*Counsel to Defendants Thomas H. Lee Partners L.P., Thomas H. Lee Advisors, LLC, THL Managers V, LLC, THL Equity Advisors V., L.P., Thomas H. Lee Parallel Fund V., L.P., Thomas H. Lee Equity (Cayman) Fund V., L.P, Thomas H. Lee Investors Limited Partnership, 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee, David V. Harkins, Scott A. Schoen, and Scott L. Jaeckel*

John D. Tortorella
MARINO TORTORELLA PC
437 Southern Boulevard
Chatham, NJ 07928
*Counsel to Defendants Liberty Corner Capital Strategies, LLC and William T. Pigott*

Veronica E. Rendon
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022-4690
*Counsel to Defendants Eric M. Flanagan, EMF Financial Products, LLC and Delta Flyer Fund, LLC*

Peter C. John
WILLIAMS MONTGOMERY & JOHN LTD.
20 North Wacker Drive
Suite 2100
Chicago, IL 60606
*Counsel to Ingram Micro Inc. and CIM Ventures, Inc.*

41327662.01

| | |
|---|---|
| Aaron E. Albert<br>FISCHER PORTER & THOMAS, P.C.<br>440 Sylvan Avenue<br>Suite 130<br>Englewood Cliffs, NJ  07632-2700<br>*Counsel to Defendants Beckenham Trading Co. Inc. and Andrew Krieger* | Joel A. Blanchet<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, IL  60601<br>*Counsel to Defendants Coast Asset Management LLC f/k/a Coast Asset Management LP; and CS Land Management, LLC* |
| Ronald M. Lepinskas<br>DLA PIPER<br>203 North LaSalle Street, Suite 1900<br>Chicago, IL  60601-1293<br>*Counsel to Defendant Christopher Petitt* | Anthony Mathias Candido<br>CLIFFORD CHANCE US LLP<br>31 West 52nd Street<br>New York, NY  10019-6131<br>*Counsel for Mayer Brown International LLP* |