Helen B. Kim (HK-8757)
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East
Suite 2600
Los Angeles, California 90067-3012
Phone: (310) 788-4525
Fax: (310) 712-8226
*Attorneys for Defendant*
*Dennis J. Klejna*

UNITED STATES DISCTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KENNETH M. KRYS, ET AL.,                       :   **ECF Case**

                Plaintiffs,                   :   08-CV-3086

    -against-                                         :   **NOTICE OF APPEARANCE**

CHRISTOPHER SUGRUE, ET AL.,                    :
                                                                                         This document has been
                Defendants.                 :   electronically filed
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for Defendant Dennis J. Klejna in the within-captioned action and requests that a copy of all future papers in this action be served upon the undersigned at the address stated below.

Dated: New York, New York
       April 7, 2008

                                                  KATTEN MUCHIN ROSENMAN LLP

                                                  By: _____
                                                   Helen B. Kim (HK-8757)
                                                   2029 Century Park East
                                                   Suite 2600
                                                 Los Angeles, California 90067
                                                 Phone: (310) 788-4525
                                                 Fax: (310) 712-8226
                                                 Email: helen.kim@kattenlaw.com
                                                 *Attorneys for Defendant*
To:                                                   *Dennis J. Klejna*

All Counsel of Record
[See Attached Service List]

STATE OF NEW YORK    )
                     :    ss.:    AFFIDAVIT OF SERVICE BY MAIL
COUNTY OF NEW YORK   )

STEVEN GREER, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age, and am employed by the firm of Katten Muchin Rosenman LLP.

2. On the 8th day of April, 2008, I served the annexed **NOTICE OF APPEARANCE** in this action, upon the following at the addresses indicated, by depositing a true copy thereof, enclosed in properly addressed postpaid wrappers marked first class mail, in an official depository of the United States Postal Service within the State of New York:

[See Attached Service List]

_____
STEVEN GREER

Sworn to before me this
8th day of April, 2008

_____
Notary Public

IME A. NELSON
NOTARY PUBLIC, State of New York
No. 01NE6105568
Qualified in Kings County
Commission Expires February 9, 2012

41327662.01
NYC01_84287901_1_099000_10001 4/8/2008 1:16 PM

# SERVICE LIST

Leo R. Beus
BIUS GILBERT PLLC
4800 North Scottsdale Road
Suite 600
Scottsdale, AZ  85251
*Counsel for Plaintiffs Kenneth R. Krys and Christopher Stride as Joint Official Liquidators of the Sphinx Funds and James P. Sinclair, as Trustee of the Sphinx Trust*

David Molton
BROWN RUDNICK LLP
Seven Times Square
Times Square Tower
New York, NY  10036
*Counsel for Plaintiffs Kenneth R. Krys and Christopher Stride as Joint Official Liquidators of the Sphinx Funds and James P. Sinclair, as Trustee of the Sphinx Trust*

Mitchell A. Karlan
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY  10166-0193
*Counsel to Defendant Gibson, Dunn & Cretcher LLP*

James J. Capra, Jr.
ORRICK HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY  10103
*Counsel to Defendants PricewaterhouseCoopers LLP and Mari Ferris*

David W. Wiltenburg
HUGHES HUBBARD & REED, LLP
One Battery Park Plaza
New York, NY  10004
*Counsel to Defendant PricewaterhouseCoopers Cayman Islands*

Refco Alternative Investments LLC
c/o CT Corporation System
111 Eighth Avenue
New York, NY  10011

David Emilio Mollon
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY
*Counsel to Defendants Grant Thornton LLP And Mark S. Ramler*

Mr. Christopher Sugrue
150 Central Park South, Apt. 2010
New York, NY  10019

41327662.01

Christopher R. Harris
LATHAM & WATKINS LLP
885 Third Avenue
Suite 1000
New York, NY 10022
*Counsel to Defendant Ernst & Young U.S. LLP*

John K. Villa
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
*Counsel to Defendant Mayer Brown LLP*

Jonathan Paul Bach
COOLEY GODWARD KRONISH LLP
1114 Avenue of the Americas
New York, NY 10036
*Counsel to Defendant Joseph Collins*

Edward S. Best
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606

Charles E. Clayman
CLAYMAN & ROSENBERG
305 Madison Avenue, Suite 1301
New York, NY 10165
*Counsel to Defendant Paul Koury*

Jeffrey T. Golenbock
GOLENBOCK EISEMAN ASSOR
BELL & PESKIE LLP
437 Madison Avenue
New York, NY 10022-7302
*Counsel to Defendants Phillip R. Bennett and Refco Group Holdings, Inc.*

Barbara Moses
MORVILLO, ABRAMOWITZ, GRAND, IASON,
ANELLO & BOHRER, P.C.
565 Fifth Avenue
New York, NY 10017
*Counsel to Defendant Robert C. Trosten*

Melinda Sarafa
ZUCKERMAN SPAEDER LLP
1540 Broadway
Suite 1604
New York, NY 10036
*Counsel to Defendant Tone Grant*

41327662.01

Scott E. Hershman
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, NY 10166-0091
*Counsel to Defendant Santo C. Maggio*

Mr. Thomas Hackl
150 Central Park South
New York, NY 10019

Nicolle L. Jacoby
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112-2200
*Counsel to Defendant BAWAG P.S.K. Bank fur Arbeit und Wirtschaft und Osterreichische Postsparkasse Aktiengesellschaft*

Philip D. Anker
WILMER CUTLER PICKERING
 HALE AND DORR
399 Park Avenue
New York, NY 10128
*Counsel to Defendants JP Morgan Chase & Co.; Credit Suisse Securities (USA) LLC; and Banc of America Securities LLC*

Greg A. Danilow
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
*Counsel to Defendants Thomas H. Lee Partners L.P., Thomas H. Lee Advisors, LLC, THL Managers V, LLC, THL Equity Advisors V., L.P., Thomas H. Lee Parallel Fund V., L.P., Thomas H. Lee Equity (Cayman) Fund V., L.P, Thomas H. Lee Investors Limited Partnership, 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee, David V. Harkins, Scott A. Schoen, and Scott L. Jaeckel*

John D. Tortorella
MARINO TORTORELLA PC
437 Southern Boulevard
Chatham, NJ 07928
*Counsel to Defendants Liberty Corner Capital Strategies, LLC and William T. Pigott*

Veronica E. Rendon
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022-4690
*Counsel to Defendants Eric M. Flanagan, EMF Financial Products, LLC and Delta Flyer Fund, LLC*

Peter C. John
WILLIAMS MONTGOMERY & JOHN LTD.
20 North Wacker Drive
Suite 2100
Chicago, IL 60606
*Counsel to Ingram Micro Inc. and CIM Ventures, Inc.*

41327662.01

| | |
|---|---|
| Aaron E. Albert<br>FISCHER PORTER & THOMAS, P.C.<br>440 Sylvan Avenue<br>Suite 130<br>Englewood Cliffs, NJ 07632-2700<br>*Counsel to Defendants Beckenham Trading Co. Inc. and Andrew Krieger* | Joel A. Blanchet<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, IL 60601<br>*Counsel to Defendants Coast Asset Management LLC f/k/a Coast Asset Management LP; and CS Land Management, LLC* |
| Ronald M. Lepinskas<br>DLA PIPER<br>203 North LaSalle Street, Suite 1900<br>Chicago, IL 60601-1293<br>*Counsel to Defendant Christopher Petitt* | Anthony Mathias Candido<br>CLIFFORD CHANCE US LLP<br>31 West 52nd Street<br>New York, NY 10019-6131<br>*Counsel for Mayer Brown International LLP* |

41327662.01