UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

KENNETH M. KRYS, ET AL.,

                Plaintiffs,

v.

CHRISTOPHER SUGRUE;, ET AL.,

                Defendants

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

08 Civ. 3086 (GEL)

**NOTICE OF APPEARANCE**

      Please take notice that Anthony M. Candido of Clifford Chance US LLP, with offices located at 31 West 52nd Street, New York, New York 10019, hereby appears in the above-captioned action on behalf of Mayer Brown International LLP.

      I hereby certify that I am admitted to practice before this Court.

                                      Respectfully submitted,

                                      By: _____
                                          Anthony M. Candido (AC-9458)
                                          CLIFFORD CHANCE US LLP
                                          31 West 52nd Street
                                          New York, New York 10019
                                          Tel.: 212-878-8000
                                          Fax: 212-878-8375

                                          *Attorneys for the*
                                          *UK Limited Liability Partnership*
                                          *Mayer Brown International LLP*

Dated: New York, NY
       April 8, 2008