UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
:
KENNETH M. KRYS, ET AL.,            :    08 Civ. 3086 (GEL)
:
　　　　　　　　　　Plaintiffs,      :    **Rule 7.1 Disclosure Statement**
:    **of Defendant Mayer Brown**
　　-against-                        :    **International LLP**
:
CHRISTOPHER SUGRUE;, ET AL.,        :
:
　　　　　　　　　　Defendants       :
:
------------------------------------- X

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Mayer Brown International LLP certifies that Mayer Brown International LLP is a limited liability partnership incorporated in England and Wales.  Mayer Brown International LLP does not have a parent corporation, and no publicly traded company owns any portion of this partnership.

April 8, 2008

　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　Joel M. Cohen (JC-9162)
　　　　　　　　　　　　　　　　　　Anthony M. Candido (AC-9458)
　　　　　　　　　　　　　　　　　　CLIFFORD CHANCE US LLP
　　　　　　　　　　　　　　　　　　31 West 52nd Street
　　　　　　　　　　　　　　　　　　New York, New York 10019
　　　　　　　　　　　　　　　　　　*Attorneys for the*
　　　　　　　　　　　　　　　　　　*UK Limited Liability Partnership*
　　　　　　　　　　　　　　　　　　*Mayer Brown International LLP*