UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------ X
:
KENNETH M. KRYS, ET AL.,                         :   08 Civ. 3086 (GEL)
:
              Plaintiffs,        :   **NOTICE OF APPEARANCE**
:
    v.                                             :
:
CHRISTOPHER SUGRUE, ET AL.,                      :
:
              Defendants         :
:
------------------------------------------------ X

      Please take notice that Joel M. Cohen of Clifford Chance US LLP, with offices located at 31 West 52nd Street, New York, New York 10019, hereby appears in the above-captioned action on behalf of Mayer Brown International LLP.

      I hereby certify that I am admitted to practice before this Court.

                                              Respectfully submitted,

                                              By: _____
                                                 Joel M. Cohen (JC-9162)
                                                 CLIFFORD CHANCE US LLP
                                                 31 West 52nd Street
                                                 New York, New York 10019
                                                 Tel.: 212-878-8000
                                                 Fax: 212-878-8375

                                                 *Attorneys for the*
                                                 *UK Limited Liability Partnership*
                                                 *Mayer Brown International LLP*

Dated: New York, NY
       April 9, 2008