AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

|  SOUTHERN  | DISTRICT OF | NEW YORK |
|---|---|---|

Krys, et al.

v.

Sugrue, et al.

**APPEARANCE**

Case Number: 08 Civ. 3086 (GEL)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Ingram Micro, Inc.
CIM Ventures, Inc.

I certify that I am admitted to practice in this court.

| 4/9/2008 | *[signature]* |
|---|---|
| Date | Signature |

| Robert F. Wise, Jr. | RW-1508 |
|---|---|
| Print Name | Bar Number |

450 Lexington Avenue
Address

| New York | NY | 10017 |
|---|---|---|
| City | State | Zip Code |

| (212) 450-4512 | (212) 450-3512 |
|---|---|
| Phone Number | Fax Number |