UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KRYS et al.,

                 Plaintiffs,

     - against -  :  08 Civ. 3086 (GEL)

SUGRUE et al.,

                 Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF CONSENT TO REMOVAL BY DEFENDANTS INGRAM MICRO, INC. AND <u>CIM VENTURES, INC.</u>

     PLEASE TAKE NOTICE that, without waiving any objections or defenses that they may have, including but not limited to objections to jurisdiction, venue and service, defendants Ingram Micro, Inc. and CIM Ventures, Inc. hereby serve notice that they consent to the removal of this action to the United States District Court for the Southern District of New York.

Dated:   New York, New York
           April 9, 2008

                                        DAVIS POLK & WARDWELL

                                        By:   <u>s/ Robert F. Wise, Jr.</u>
                                                Robert F. Wise, Jr. (RW-1508)

                                        450 Lexington Avenue
                                        New York, New York  10017
                                        (212) 450-4000

                                        *Attorneys for Defendants Ingram Micro, Inc.*
                                        *and CIM Ventures, Inc.*

# CERTIFICATE OF SERVICE

I, Ian R. Rooney, an attorney, hereby certify that on April 9, 2008, I caused a true and correct copy of Notice of Consent to Removal by Ingram Micro, Inc. and CIM Ventures, Inc., dated April 9, 2008, to be served on the individuals shown below either by the court's ECF system or by Federal Express where ECF service was not available:

| | |
|---|---|
| Leo R. Beus<br>BEUS GILBERT PLLC<br>4800 North Scottsdale Road<br>Scottsdale, Arizona  85251<br>*Counsel for Plaintiffs Kenneth R. Krys and Christopher Stride as Joint Official Liquidators of the Sphinx Funds and James P. Sinclair, as Trustee of the Sphinx Fund* | Andrew S. Dash<br>David Molton<br>BROWN RUDNICK<br>Seven Times Square<br>Times Square Tower<br>New York, NY  10036<br>*Counsel for Plaintiffs Kenneth R. Krys and Christopher Stride as Joint Official Liquidators of the Sphinx Funds and James P. Sinclair, as Trustee of the Sphinx Trust* |
| Mitchell A. Karlan<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY  10166-0193<br>*Counsel to Defendant Gibson, Dunn & Crutcher LLP* | James J. Capra, Jr.<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>666 Fifth Avenue<br>New York, NY  10103<br>*Counsel to Defendants PricewaterhouseCoopers LLP and Mari Ferris* |
| David W. Wiltenburg<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY  10004<br>*Counsel to Defendant PricewaterhouseCoopers Cayman Islands* | Anthony Mathias Candido<br>CLIFFORD CHANCE US LLP<br>31 West 52nd Street<br>New York, NY  10019-6131<br>*Counsel for Mayer Brown International LLP* |
| David Emilio Mollon<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY  10166-4193<br>*Counsel to Defendants Grant Thornton LLP and Mark S. Ramler* | Ronald M. Lepinkas<br>DLA PIPER<br>203 North LaSalle Street, Suite 1900<br>Chicago, IL  60601-1293<br>*Counsel to Defendant Christopher Petitt* |

| | |
|---|---|
| Christopher R. Harris<br>LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, NY  10022<br>*Counsel to Defendant Ernst & Young LLP* | John K. Villa<br>Thomas George Ward<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>*Counsel to Defendant Mayer Brown LLP* |
| Jonathan Paul Bach<br>COOLEY GODWARD KRONISH LLP<br>1114 Avenue of the Americas<br>New York, NY  10036<br>*Counsel to Defendant Joseph Collins* | Edward S. Best<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL  60606 |
| Charles E. Clayman<br>CLAYMAN & ROSENBERG<br>305 Madison Avenue, Suite 1301<br>New York, NY  10165<br>*Counsel to Defendant Paul Koury* | Jeffrey T. Golenbock<br>GOLENBOCK EISEMAN ASSOR<br>BELL & PESKIE LLP<br>437 Madison Avenue<br>New York, NY  10022-7302<br>*Counsel to Defendants Phillip R. Bennett and Refco Group Holdings Inc.* |
| Barbara Moses<br>MORVILLO, ABRAMOWITZ, GRAND,<br>IASON, ANELLO & BOHRER, P.C.<br>565 Fifth Avenue<br>New York, NY  10017<br>*Counsel to Defendant Robert C. Trosten* | Melina Sarafa<br>ZUCKERMAN SPAEDER LLP<br>1540 Broadway<br>Suite 1604<br>New York, NY  10036<br>*Counsel to Defendant Tone Grant* |
| Scott E. Hershman<br>HUNTON WILLIAMS LLP<br>200 Park Avenue<br>New York, NY  10166-0091<br>*Counsel to Defendant Santo C. Maggio* | Joel A. Blanchet<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY  10022<br>*Counsel to Defendants Coast Asset Management LLC f/k/a Coast Asset Management LP; and CS Land Management, LLC* |
| Helen B. Kim<br>KATTEN MUCHIN ROSENMAN LLP<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, CA  90067-3012<br>*Counsel to Defendant Dennis Klenja* | Nicolle L. Jacoby<br>DECHERT LLP<br>30 Rockefeller Plaza<br>New York, NY  10112-2200<br>*Counsel to Defendant BAWAG P.S.K. Bank fur Arbeit und Wirtschaft und Osterreichische Postsparkasse Aktiengesellschaft* |

| | |
|---|---|
| Aaron E. Albert<br>FISCHER PORTER & THOMAS, P.C.<br>440 Sylvan Avenue<br>Suite 130<br>Englewood Cliffs, NJ  07632-2700<br>*Counsel to Defendants Beckenham Trading Co. Inc. and Andrew Kreiger* | Greg A. Danilow<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY  10153<br>*Counsel to Defendants Thomas H. Lee Partners L.P., Thomas H. Lee Advisors, LLC, THL Managers V., LLC, THL Equity Advisors V, L.P., Thomas H. Lee Parallel Funds V.,L.P.. Thomas H. Lee Equity (Cayman) Fund V., L.P., Thomas H. Lee Investors Limited Partnership, 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee, David V. Harkins, Scott A. Schoen, and Scott L. Jaeckel* |
| John D. Tortorella<br>MARINO TORTORELLA PC<br>437 Southern Boulevard<br>Chatham, NJ  07928<br>*Counsel to Defendants Liberty Corner Capital Strategies, LLC and William T. Pigott* | Veronica E. Rendon<br>ARNOLD & PORTER LLP<br>399 Park Avenue<br>New York, NY  10022-4690<br>*Counsel to Defendants Eric M. Flanagan, EMF Financial Products, LLC and Delta Flyer Fund, LLC* |
| Mr. Thomas Hackl<br>150 Central Park South<br>New York, NY 10019 | Mr. Christopher Sugrue<br>150 Central Park South, Apt. 2010<br>New York, NY 10019 |
| Refco Alternative Investments LLC<br>c/o CT Corporation System<br>111 Eighth Avenue<br>New York, NY 10011 | Nicolle L. Jacoby<br>DECHERT LLP<br>30 Rockefeller Plaza<br>New York, NY 10112-2200<br>*Counsel to Defendan BAWAG P.S.K. Bank fur Arbeit und Wirtschaft und Osterreichische Postparkasse Aktiengesellschaft* |

Philip D. Anker
WILMER CUTLER PICKERING HALE &
DORR LLP
399 Park Avenue
New York, New York  10022
*Attorneys for Defendants JP Morgan Chase
& Co., Credit Suisse Securities (USA) LLC
(formerly Credit Suisse First Boston LLC),
and Banc of America Securities LLC*


Dated:   New York, New York
         April 9, 2008

By:   /s Ian R. Rooney
      Ian R. Rooney