USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

KENNETH M. KRYS and CHRISTOPHER
STRIDE, as JOINT OFFICIAL LIQUIDATORS
of SPHINX LTD.,

               Plaintiffs,

      -against-

CHRISTOPHER SUGRUE, *et al..,*

             Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

08 Civ. 3086 (GEL)

## ORDER

WHEREAS, the above-captioned action ("Action") was originally filed on March 5,

2008 in the Supreme Court of New York, New York County;

WHEREAS, the Action was removed to the United States District Court for the Southern

District of New York on March 26, 2008;

WHEREAS, Plaintiffs intend to file a motion seeking remand of the Action to the

Supreme Court of New York, New York County ("Remand Motion");

WHEREAS, various Defendants have requested an extension of time to respond to the Complaint until twenty (20) days after the Court renders its decision on the Remand Motion;

**IT IS HEREBY ORDERED THAT:**

1.    The time for the Defendants to answer, move, or otherwise respond to the complaint in the Action, pursuant to Rule 12, is extended through and until twenty (20) days after a final ruling on the Remand Motion has been entered in the Action.

2.    Plaintiffs shall serve opposition papers, if any, within ninety (90) days of the filing and service of a motion to dismiss filed by any of the Defendants. Plaintiffs reserve the right to file opposition papers earlier than ninety (90) days.

3.    Defendants shall serve reply papers, if any, thirty (30) days after Plaintiffs have filed and served their opposition papers, if any.

Dated: April 9, 2008

SO ORDERED

Hon. Gerard E. Lynch
United States District Judge

- 2 -