UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X

KENNETH M. KRYS et al.,                    :

             Plaintiffs,        :   No. 08 Civ. 3086 (GEL)

  -against-                                :   **ECF Case**

CHRISTOPHER SUGRUE et al.,                 :

             Defendants.       :
---------------------------------------- X

## **NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record:

    Daniel M. Hibshoosh, a member of good standing in this Court, enters his appearance as counsel of record on behalf of Defendant Joseph P. Collins in the above-captioned matter.

Dated: New York, New York         Respectfully submitted,
      April 17, 2008

                                           /s/ Daniel M. Hibshoosh
                                           Daniel M. Hibshoosh (DH 8959)
                                           Cooley Godward Kronish LLP
                                           1114 Avenue of the Americas
                                           New York, NY 10036-7798
                                           Phone: (212) 479-6000
                                           Fax:   (212) 479-6275

## **CERTIFICATE OF SERVICE**

      I, Daniel M. Hibshoosh hereby certify that on this 17th day of April, 2008, I caused a true and correct copy of the Notice of Appearance of Daniel M. Hibshoosh on behalf of Joseph P. Collins to be filed electronically. Notice of this filing will be electronically mailed to all parties registered with the Court's electronic filing system.

                                                                                                /s/ Daniel M. Hibshoosh  
                                                                                                Daniel M. Hibshoosh (DH 8959)