UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

KENNETH M. KRYS et al.,                         :

                                  Plaintiffs,   :   No. 08 Civ. 3086 (GEL)

     -against-                                  :   **ECF Case**

CHRISTOPHER SUGRUE et al.,                      :

                                  Defendants.   :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -  X

## <u>NOTICE OF APPEARANCE</u>

To the Clerk of the Court and all parties of record:

        William J. Schwartz, a member of good standing in this Court, enters his appearance as

lead counsel of record on behalf of Defendant Joseph P. Collins in the above-captioned matter.

Dated: New York, New York                    Respectfully submitted,
       April 17, 2008


                                             /s/ William J. Schwartz_____
                                             William J. Schwartz (WS 8462)
                                             Cooley Godward Kronish LLP
                                             1114 Avenue of the Americas
                                             New York, NY 10036-7798
                                             Phone: (212) 479-6000
                                             Fax:    (212) 479-6275

## <u>CERTIFICATE OF SERVICE</u>

I, William J. Schwartz, hereby certify that on this 17th day of April, 2008, I caused a true and correct copy of the Notice of Appearance of William J. Schwartz on behalf of Joseph P. Collins to be filed electronically.  Notice of this filing will be electronically mailed to all parties registered with the Court's electronic filing system.

    /s/ William J. Schwartz
William J. Schwartz (WS 8462)