UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
                                                               :
In re REFCO, INC. SECURITIES LITIGATION                        :   Case No. 07-md-1902 (GEL)
                                                               :
                                                               :
---------------------------------------------------------------X

                        This Document Relates To:

---------------------------------------------------------------X
KENNETH M. KRYS and CHRISTOPHER                                :
STRIDE, as JOINT OFFICIAL LIQUIDATORS                          :
of SPHINX LTD., SPHINX STRATEGY FUND                           :   Case No. 08-cv-3065 (GEL)
LTD.;                                                          :
SPHINX PLUS SPC LTD., SPHINX                                   :   Case No. 08-cv-3086 (GEL)
DISTRESSED LTD., SPHINX MERGER                                 :
ARBITRAGE LTD.; SPHINX SPECIAL                                 :
SITUATIONS LTD., SPHINX MACRO LTD.;                            :
SPHINX LONG/SHORT EQUITY LTD.;                                 :
SPHINX MANAGED FUTURES LTD.; SPHINX                            :
EQUITY MARKET NEUTRAL LTD.; SPHINX                             :
CONVERTIBLE ARBITRAGE LTD.; SPHINX                             :   AFFIDAVIT OF SERVICE
FIXED INCOME ARBITRAGE LTD.; SPHINX                            :
DISTRESSED FUND SPC; SPHINX MERGER                             :
ARBITRAGE FUND SPC; SPHINX SPECIAL                             :
SITUATIONS FUND SPC; SPHINX MACRO                              :
FUND SPC; SPHINX LONG/SHORT EQUITY                             :
FUND SPC; SPHINX MANAGED FUTURES                               :
FUND SPC; SPHINX EQUITY MARKET                                 :
NEUTRAL FUND SPC; SPHINX                                       :
CONVERTIBLE ARBITRAGE FUND SPC;                                :
SPHINX FIXED INCOME ARBITRAGE FUND                             :
SPC; PLUSFUNDS MANAGED ACCESS FUND                             :
SPC LTD.; KENNETH M. KRYS and                                  :
CHRISTOPHER STRIDE as assignees of claims                      :
assigned by MIAMI CHILDREN'S HOSPITAL                          :
FOUNDATION, OFI, GREEN & SMITH                                 :
INVESTMENT MANAGEMENT LLC, THALES                              :
FUND MANAGEMENT LLC, KELLNER                                   :
DILEO & CO., LLC, MARTINGALE ASSET                             :
MANAGEMENT LP, LONGACRE FUND                                   :
MANAGEMENT LLC, ARNHOLD & S.                                   :
BLEICHROEDER ADVISERS LLC, PICTET &                            :
CIE, RGA AMERICA REINSURANCE                                   :
COMPANY, DEUTSCHE BANK (SUISSE) SA,                            :
ARAB MONETARY FUND, HANSARD                                    :
INTERNATIONAL LTD., CONCORDIA                                  :

ADVISORS LLC, GABELLI SECURITIES, INC., :
CITCO GLOBAL CUSTODY; and JAMES :
P. SINCLAIR as Trustee of the SPHINX TRUST, :
:
                    Plaintiffs, :
:
        -against- :
:
CHRISTOPHER SUGRUE; MARK :
KAVANAGH; BRIAN OWENS; :
PRICEWATERHOUSECOOPERS L.L.P.; MARI :
FERRIS; PRICEWATERHOUSECOOPERS :
CAYMAN ISLANDS; GIBSON, DUNN & :
CRUTCHER LLP; REFCO ALTERNATIVE :
INVESTMENTS LLC; GRANT THORNTON :
LLP; MARK RAMLER; ERNST & YOUNG U.S. :
LLP; MAYER BROWN LLP f/k/a MAYER :
BROWN ROWE & MAW LLP; JOSEPH :
COLLINS; EDWARD S. BEST; PAUL KOURY; :
PHILLIP R. BENNETT; ROBERT C. TROSTEN; :
TONE GRANT; SANTO MAGGIO; THOMAS :
HACKL; DENNIS KLEJNA; BAWAG P.S.K. :
BANK FUR ARBEIT UND WIRTSCHAFT UND :
OSTERREICHISCHE POSTPARKASSE :
AKTIENGESELLSCHAFT; JP MORGAN :
CHASE & CO.; :
CREDIT SUISSE SECURITIES :
(USA) LLC f/k/a CREDIT SUISSE FIRST :
BOSTON LLC; BANC OF AMERICA :
SECURITIES LLC; THOMAS H. LEE :
PARTNERS, L.P.; THOMAS H. LEE :
ADVISORS, LLC; THL MANAGERS V, LLC; :
THL EQUITY ADVISORS V, L.P.; THOMAS H. :
LEE EQUITY FUND V, L.P.; THOMAS H. LEE :
PARALLEL FUND V, L.P.; THOMAS H. LEE :
EQUITY (CAYMAN) FUND V, L.P.; THOMAS :
H. LEE INVESTORS LIMITED PARTNERSHIP; :
1997 THOMAS H. LEE NOMINEE TRUST; :
THOMAS H. LEE; DAVID V. HARKINS; :
SCOTT L. JAECKEL; SCOTT A. SCHOEN; :
WILLIAM T. PIGOTT; LIBERTY CORNER :
CAPITAL STRATEGIES, LLC; EMF :
FINANCIAL PRODUCTS LLC; EMF CORE :
FUND LTD.; DELTA FLYER FUND LLC; ERIC :
M. FLANAGAN; INGRAM MICRO, INC.; CIM :
VENTURES, INC.; BECKENHAM TRADING :
CO., INC.; ANDREW KRIEGER; COAST :
ASSET MANAGEMENT, LLC, f/k/a COAST :
ASSET MANAGEMENT LP; CS LAND :

|  |  |
|---|---|
| MANAGEMENT LLC; CHRISTOPHER PETTIT; and REFCO GROUP HOLDINGS, INC.; and REFCO ASSOCIATES, INC., | : : : : |
| Defendants | : |

-----------------------------------------------------------X

STATE OF NEW YORK   )
                   S.S.:
COUNTY OF NEW YORK)

HOWARD D. GOLDMAN, being duly sworn, deposes and says that he is over the age of eighteen years, is employed by the attorney service, DLS, INC., and is not a party to this action.

That on the 14th day of April 2008, at approximately 5:55 p.m., deponent attempted to serve a true copy of the **A Federal Summons issued in Civil Actions 08-cv-3065 and 08-cv-3086, A Notice of Removal Filed by Defendant BAWAG, 08-cv-3065, A Notice of Removal Filed by various Defendants, 08-cv-3086, The Summons and Complaint for the Action Commenced in New York Supreme Court, Plaintiff's Statement Pursuant to Bankruptcy Rule 9027, 07-md-1902 and 08-cv-3065, Plaintiffs' Statement Pursuant to Bankruptcy Rule 9027, 07-md-1902 and 08-cv-3086, A Notice of Appearance for David Molton, 07-md-1902 and 08-cv-3065, A Notice of Appearance for Andrew Dash, 07-md-1902 and 08-cv-3065, A Notice of Appearance for David Molton, 07-md-1902 and 08-cv-3086, A Notice of Appearance for Andrew Dash, 07-md-1902-and 08-cv-3086a and Plaintiffs' Demand for Jury Trial, 08-cv-3065, 08-cv-3086** upon Phillip R. Bennett at 1001 Park Avenue, New York, NY 10028. No answer was received when the concierge called the apartment.

At that time, therefore, deponent served a true copy of the aforementioned papers upon Phillip R. Bennett by personally delivering and leaving the same with Jimmy "Doe"-(refused to give his last name), the concierge, a person of suitable age and discretion at that address, the actual place of residence. At the time of service, deponent asked if Phillip R. Bennett is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

Jimmy "Doe" is a white male, approximately 50 years of age, stands approximately 6 feet 0 inches tall and weighs approximately 250 pounds with blonde hair and light eyes.

That on the 16th day of April 2008, deponent served another true copy of the foregoing upon Phillip R. Bennett at 1001 Park Avenue, New York, NY 10028, by first class mail, by enclosing a true copy thereof in a securely sealed and postpaid envelope with the words "PERSONAL AND CONFIDENTIAL" written on the same envelope, and not indicating on the outside that is from an attorney or concerns an action against the person to be served, and depositing the same into an official depository maintained by the Government of the United States, City and State of New York.

_____
HOWARD D. GOLDMAN #932192

Sworn to before me this
17th day of April 2008

_____
NOTARY PUBLIC

JONATHAN T. RIPPS
Notary Public, State of New York
NO. 01RI6109718
Qualified in Rockland County
Certificate Filed in New York County
Commission Expires May 17, 20___