UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

KENNETH M. KRYS, ET AL.,                :     08 Civ. 3086 (GEL)

           Plaintiffs,          :     **MOTION FOR *PRO HAC***
                                 :     ***VICE* ADMISSION OF**
     v.                       :     **CRAIG D. SINGER**

CHRISTOPHER SUGRUE, ET AL.,             :

           Defendants.          :
-----------------------------------------------------------------x

       Pursuant to Local Civil Rule 1.3(c), undersigned counsel respectfully moves for the admission *pro hac vice* of the following attorney in the above-captioned matter:

               Craig D. Singer, Esquire
               Williams & Connolly LLP
               725 Twelfth Street, N.W.
               Washington, D.C. 20005
               Tel. (202) 434-5000
               Fax. (202) 434-5029

       Mr. Singer is a member in good standing of the bar of the District of Columbia and the bar of the Commonwealth of Pennsylvania. There are no pending disciplinary proceedings against Mr. Singer in state or federal court. This Motion is based on the accompanying Affidavit of Thomas G. Ward and Certificates of Good Standing from the District of Columbia Bar and the Pennsylvania Bar. A proposed Order is attached hereto.

                                 Respectfully submitted,

                   By: _/s/ Thomas G. Ward_
                        Thomas G. Ward (TW-6255)
                        WILLIAMS & CONNOLLY LLP
                        725 Twelfth Street, N.W.
                        Washington, D.C. 20005
                        Tel. (202) 434-5000
                        Fax. (202) 434-5029

                   *Counsel for Defendant Mayer Brown LLP*

Dated: Washington, DC
       April 16, 2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KENNETH M. KRYS, ET AL.,                :     08 Civ. 3086 (GEL)
                                        :
            Plaintiffs,                 :     **AFFIDAVIT OF THOMAS G.**
                                        :     **WARD IN SUPPORT OF**
    v.                                  :     **MOTION FOR *PRO HAC***
                                        :     ***VICE* ADMISSION OF**
CHRISTOPHER SUGRUE, ET AL.,             :     **CRAIG D. SINGER**
                                        :
            Defendants.                 :
------------------------------------------------------------x

I, THOMAS G. WARD, declare as follows:

1. I am an attorney with the law firm of Williams & Connolly LLP, attorneys for Defendant Mayer Brown LLP in the above-captioned matter, and a member in good standing of the bar of this Court since March 28, 2005. I submit this affidavit in support of the Motion for *Pro Hac Vice* Admission of Craig D. Singer in the above-captioned matter pursuant to Local Civil Rule 1.3(c).

2. I have known Mr. Singer since November 1998. Mr. Singer is an attorney of the highest ethical and moral character, competence, and experience. I am confident he will conduct himself accordingly before this Court.

3. Mr. Singer is a member in good standing of the bars of the District of Columbia and Pennsylvania. In connection with this motion, I am submitting Certificates of Good Standing issued by these bars. I am aware of no pending disciplinary proceedings against Mr. Singer in any state or federal court.

4. For the foregoing reasons, I respectfully move the *pro hac vice* admission of Craig D. Singer in the above-captioned matter. For the Court's convenience, a proposed order granting this motion is attached hereto.

- 2 -

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed in Washington, D.C. on April 16, 2008.

*/s/ Thomas G. Ward*
Thomas G. Ward (TW-6255)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
(202) 434-5000

*Counsel for Defendant Mayer Brown LLP*



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

**CRAIG D. SINGER**

was on the 6TH day of FEBRUARY, 1995 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on April 11, 2008.

GARLAND PINKSTON, JR., CLERK

By: *N. Charles*
  Deputy Clerk



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

*Craig Darren Singer, Esq.*

**DATE OF ADMISSION**

*January 11, 1994*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal
Dated: April 10, 2008**

_____
Norina K. Blynn
Chief Clerk

## CERTIFICATE OF SERVICE

I, Thomas G. Ward, hereby certify that on this 16th day of April, 2008, I caused true and correct copies of the Motion for *Pro Hac Vice* Admission of Craig D. Singer and Affidavit of Thomas G. Ward in Support of Motion for *Pro Hac Vice* Admission of Craig D. Singer a to be served via first class mail upon the following:

| | |
|---|---|
| Leo R. Beus<br>BEUS GILBERT PLLC<br>4800 North Scottsdale Road<br>Suite 6000<br>Scottsdale, Arizona 85251<br>*Counsel for Plaintiffs Kenneth R. Krys and Christopher Stride as Joint Official Liquidators of the Sphinx Funds and James P. Sinclair, as Trustee of the Sphinx Trust* | David Molton<br>BROWN RUDNICK<br>Seven Times Square<br>Times Square Tower<br>New York, NY 10036<br>*Counsel for Plaintiffs Kenneth R. Krys and Christopher Stride as Joint Official Liquidators of the Sphinx Funds and James P. Sinclair, as Trustee of the Sphinx Trust* |
| Mitchell A. Karlan<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>*Counsel to Defendant Gibson, Dunn & Crutcher LLP* | James J. Capra, Jr.<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>666 Fifth Avenue<br>New York, NY 10103<br>*Counsel to Defendants PricewaterhouseCoopers LLP and Mari Ferris* |
| David W. Wiltenburg<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>*Counsel to Defendant PricewaterhouseCoopers Cayman Islands* | Anthony Mathias Candido<br>CLIFFORD CHANCE US LLP<br>31 West 52nd Street<br>New York, NY 10019-6131<br>*Counsel for Mayer Brown International LLP* |
| David Emilio Mollon<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166-4193<br>*Counsel to Defendants Grant Thornton LLP and Mark S. Ramler* | Ronald M. Lepinskas<br>DLA PIPER<br>203 North LaSalle Street, Suite 1900<br>Chicago, Illinois 60601-1293<br>*Counsel to Defendant Christopher Petitt* |
| Christopher R. Harris<br>LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, NY 10022<br>*Counsel to Defendant Ernst & Young U.S. LLP* | Robert B. McCaw<br>WilmerHale<br>399 Park Avenue<br>New York, NY 10022 USA<br>*Counsel to Defendants JP Morgan Chase & Co.; Credit Suisse Securities (USA) LLC; Banc of America Securities LLC* |

| | |
|---|---|
| Jonathan Paul Bach<br>COOLEY GODWARD KRONISH LLP<br>1114 Avenue of the Americas<br>New York, NY 10036<br>*Counsel to Defendant Joseph Collins* | Edward S. Best<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606 |
| Charles E. Clayman<br>CLAYMAN & ROSENBERG<br>305 Madison Avenue, Suite 1301<br>New York, NY 10165<br>*Counsel to Defendant Paul Koury* | Jeffrey T. Golenbock<br>GOLENBOCK EISEMAN ASSOR<br>BELL & PESKIE LLP<br>437 Madison Avenue<br>New York, NY 10022-7302<br>*Counsel to Defendants Phillip R. Bennett and Refco Group Holdings Inc.* |
| Barbara Moses<br>MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO, & BOHRER, P.C.<br>565 Fifth Avenue<br>New York, NY 10017<br>*Counsel to Defendant Robert C. Trosten* | Melinda Sarafa<br>ZUCKERMAN SPAEDER LLP<br>1540 Broadway<br>Suite 1604<br>New York, NY 10036<br>*Counsel to Defendant Tone Grant* |
| Scott E. Hershman<br>HUNTON & WILLIAMS LLP<br>200 Park Avenue<br>New York, NY 10166-0091<br>*Counsel to Defendant Santo C. Maggio* | Joel A. Blanchet<br>KIRKLAND & ELLIS LLP<br>Citigroup Center 153 East 53rd Street<br>New York, NY 10022<br>*Counsel to Defendants Coast Asset Management LLC f/k/a Coast Asset Management LP; and CS Land Management, LLC* |
| Helen B. Kim<br>KATTEN MUCHIN ROSENMAN LLP<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, California 90067-3012<br>*Counsel to Defendant Dennis Klejna* | Nicolle L. Jacoby<br>DECHERT LLP<br>30 Rockefeller Plaza<br>New York, NY 10112-2200<br>*Counsel to Defendant BAWAG P.S.K. Bank fur Arbeit und Wirtschaft und Osterreichische Postsparkasse Aktiengesellschaft* |
| Aaron E. Albert<br>FISCHER PORTER & THOMAS, P.C.<br>440 Sylvan Avenue<br>Suite 130<br>Englewood Cliffs, NJ 07632-2700<br>*Counsel to Defendants Beckenham Trading Co. Inc. and Andrew Krieger* | Greg A. Danilow<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>*Counsel to Defendants Thomas H. Lee Partners L.P., Thomas H. Lee Advisors, LLC, THL Managers V, LLC, THL Equity Advisors V., L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V., L.P., Thomas H. Lee Equity (Cayman) Fund V., L.P., Thomas H. Lee Investors Limited Partnership, 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee, David V. Harkins, Scott A. Schoen, and Scott L. Jaeckel* |

- 3 -

| | |
|---|---|
| Peter C. John<br>WILLIAMS MONTGOMERY & JOHN LTD.<br>20 North Wacker Drive<br>Suite 2100<br>Chicago, IL 60606<br>*Counsel to Ingram Micro Inc. and CIM Ventures, Inc.* | |

Dated: April 16, 2008

                                                Thomas G. Ward (TW-6255)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
KENNETH M. KRYS, ET AL.,                         :   08 Civ. 3086 (GEL)
                                                 :
                Plaintiffs,                      :   **ORDER ADMITTING COUNSEL**
                                                 :   ***PRO HAC VICE***
        v.                                       :
                                                 :
CHRISTOPHER SUGRUE, ET AL.,                      :
                                                 :
                Defendants.                      :
-----------------------------------------------------------------x

This matter having been brought before the Court by motion pursuant to Local Civil Rule 1.3(c) for the admission *pro hac vice* of Craig D. Singer, Esquire, in the above-captioned matter, it is this ___ day of _____ 2008, hereby

ORDERED that the motion is GRANTED, and

IT IS FURTHER ORDERED THAT Craig D. Singer shall be admitted *pro hac vice* in the above-captioned matter. Counsel shall remit the required $25 fee to the Cashier's Office for this *pro hac vice* admission.

SO ORDERED.

Dated: New York, NY

_____, 2008

                                        _____
                                        The Honorable Gerard D. Lynch
                                        United States District Judge