UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KENNETH M. KRYS, ET AL.,                :    08 Civ. 3086 (GEL)
                                        :
            Plaintiffs,                 :    ORDER ADMITTING COUNSEL
                                        :    PRO HAC VICE
       v.                               :
                                        :
CHRISTOPHER SUGRUE, ET AL.,             :
                                        :
            Defendants.                 :
------------------------------------------------------------x

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #: _____*
*DATE FILED: 4/25/08*

This matter having been brought before the Court by motion pursuant to Local Civil Rule 1.3(c) for the admission *pro hac vice* of Craig D. Singer, Esquire, in the above-captioned matter, it is this 24th day of April 2008, hereby

ORDERED that the motion is GRANTED, and

IT IS FURTHER ORDERED THAT Craig D. Singer shall be admitted *pro hac vice* in the above-captioned matter. Counsel shall remit the required $25 fee to the Cashier's Office for this *pro hac vice* admission.

SO ORDERED.

Dated: New York, NY

_____April 24_____, 2008

_____
The Honorable Gerard E. Lynch
United States District Judge