UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
KENNETH M. KRYS, ET AL.,                   :        08 Civ. 3086 (GEL)
                                           :
            Plaintiffs,                    :        **ORDER ADMITTING COUNSEL**
                                           :        ~~PRO HAC VICE~~
            v.                             :        USDC SDNY
                                           :        DOCUMENT
CHRISTOPHER SUGRUE, ET AL.,                :        ELECTRONICALLY FILED
                                           :        DOC #:
            Defendants.                    :        DATE FILED: 4/2/8/08
-------------------------------------------------------------x

This matter having been brought before the Court by motion pursuant to Local

Civil Rule 1.3(c) for the admission *pro hac vice* of Michael S. Sundermeyer, Esquire, in the

above-captioned matter, it is this 24th day of April 2008, hereby

            ORDERED that the motion is GRANTED, and

            IT IS FURTHER ORDERED THAT Michael S. Sundermeyer shall be admitted

*pro hac vice* in the above-captioned matter.  Counsel shall remit the required $25 fee to the

Cashier's Office for this *pro hac vice* admission.


SO ORDERED.

Dated: New York, NY

            April 24            , 2008


                                           _____
                                           The Honorable Gerard E. Lynch
                                           United States District Judge