UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KENNETH M. KRYS, ET AL.,                :    08 Civ. 3086 (GEL)
                                        :
           Plaintiffs,                  :    **ORDER ADMITTING COUNSEL**
                                        :    **_PRO HAC VICE_**
      v.                                :
                                        :
CHRISTOPHER SUGRUE, ET AL.,             :
                                        :
           Defendants.                  :
------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/25/08

This matter having been brought before the Court by motion pursuant to Local Civil Rule 1.3(c) for the admission *pro hac vice* of John K. Villa, Esquire, in the above-captioned matter, it is this 24th day of April 2008, hereby

ORDERED that the motion is GRANTED, and

IT IS FURTHER ORDERED THAT John K. Villa shall be admitted *pro hac vice* in the above-captioned matter. Counsel shall remit the required $25 fee to the Cashier's Office for this *pro hac vice* admission.

SO ORDERED.

Dated: New York, NY

_____April 24_____, 2008

_____
The Honorable Gerard E. Lynch
United States District Judge