UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH M. KRYS and CHRISOPTHER STRIDE, as JOINT OFFICIAL LIQUIDATORS of SPHINX LTD, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>CHRISTOPHER SUGRUE, *et al.*,<br><br>Defendants. | No. 08 Civ. 3086 (GEL)<br><br>**ECF Case**<br><br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that John D. Tortorella of Marino Tortorella PC, with offices located at 437 Southern Boulevard, Chatham, New Jersey 07928-1488, hereby appears in the above-captioned action on behalf of defendants William T. Pigott and Liberty Corner Capital Strategies, LLC.

I hereby certify that I am admitted to practice before this Court.

                                          Respectfully submitted,

Dated: Chatham, New Jersey      By:  /s/ John D. Tortorella
          May 21, 2008                         John D. Tortorella (JT 3133)
                                                MARINO TORTORELLA PC
                                                437 Southern Boulevard
                                                Chatham, New Jersey 07928-1488
                                                Tel.: (973) 824-9300
                                                Fax: (973) 824-8425

                                                *Attorneys for Defendants William T. Pigott and Liberty Corner Capital Strategies, LLC*