UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH M. KRYS and CHRISOPTHER STRIDE, as JOINT OFFICIAL LIQUIDATORS of SPHINX LTD, *et al.*,<br><br>        Plaintiffs,<br><br>  v.<br><br>CHRISTOPHER SUGRUE, *et al.*,<br><br>        Defendants. | No. 08 Civ. 3086 (GEL)<br><br>**Rule 7.1 Statement of Defendant Liberty Corner Capital Strategies, LLC** |

  Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant Liberty Corner Capital Strategies, LLC ("Liberty Corner") hereby certifies the company has no corporate parents, affiliates and/or subsidiaries that are publicly held and that no corporation owns 10% or more of its stock.

                MARINO TORTORELLA PC

    By:  /s/ John D. Tortorella
        John D. Tortorella (JT 3133)
        437 Southern Boulevard
        Chatham, New Jersey 07928-1488
        Tel.: (973) 824-9300
        Fax: (973) 824-8425
        E-mail: jtortorella@khmarino.com

        *Attorneys for Defendants*
        *William T. Pigott and*
        *Liberty Corner Capital Strategies, LLC*

Dated:  May 21, 2008