

**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re REFCO, INC. SECURITIES LITIGATION

Case No. 07-md-1902 (GEL)

-----------------------------------------------------------X

This Document Relates To:

-----------------------------------------------------------X

KENNETH M. KRYS and CHRISTOPHER
STRIDE, as JOINT OFFICIAL LIQUIDATORS
of SPHINX LTD., SPHINX STRATEGY FUND
LTD.;
SPHINX PLUS SPC LTD., SPHINX
DISTRESSED LTD., SPHINX MERGER
ARBITRAGE LTD.; SPHINX SPECIAL
SITUATIONS LTD., SPHINX MACRO LTD.;
SPHINX LONG/SHORT EQUITY LTD.;
SPHINX MANAGED FUTURES LTD.; SPHINX
EQUITY MARKET NEUTRAL LTD.; SPHINX
CONVERTIBLE ARBITRAGE LTD.; SPHINX
FIXED INCOME ARBITRAGE LTD.; SPHINX
DISTRESSED FUND SPC; SPHINX MERGER
ARBITRAGE FUND SPC; SPHINX SPECIAL
SITUATIONS FUND SPC; SPHINX MACRO
FUND SPC; SPHINX LONG/SHORT EQUITY
FUND SPC; SPHINX MANAGED FUTURES
FUND SPC; SPHINX EQUITY MARKET
NEUTRAL FUND SPC; SPHINX
CONVERTIBLE ARBITRAGE FUND SPC;
SPHINX FIXED INCOME ARBITRAGE FUND
SPC; PLUSFUNDS MANAGED ACCESS FUND
SPC LTD.; KENNETH M. KRYS and
CHRISTOPHER STRIDE as assignees of claims
assigned by MIAMI CHILDREN'S HOSPITAL
FOUNDATION, OFI, GREEN & SMITH
INVESTMENT MANAGEMENT LLC, THALES
FUND MANAGEMENT LLC, KELLNER
DILEO & CO., LLC, MARTINGALE ASSET
MANAGEMENT LP, LONGACRE FUND
MANAGEMENT LLC, ARNHOLD & S.
BLEICHROEDER ADVISERS LLC, PICTET &
CIE, RGA AMERICA REINSURANCE
COMPANY, DEUTSCHE BANK (SUISSE) SA,
ARAB MONETARY FUND, HANSARD
INTERNATIONAL LTD., CONCORDIA
ADVISORS LLC, GABELLI SECURITIES, INC.,
CITCO GLOBAL CUSTODY; and JAMES
P. SINCLAIR as Trustee of the SPHINX TRUST,

Case No. 08-cv-3065 (GEL)

Case No. 08-cv-3086 (GEL)

AFFIDAVIT OF SERVICE

Plaintiffs,

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com



**Demovsky Lawyer Service**
Premier Nationwide Document Retrieval
and Process Service Company

-against-

CHRISTOPHER SUGRUE; MARK KAVANAGH; BRIAN OWENS; PRICEWATERHOUSECOOPERS L.L.P.; MARI FERRIS; PRICEWATERHOUSECOOPERS CAYMAN ISLANDS; GIBSON, DUNN & CRUTCHER LLP; REFCO ALTERNATIVE INVESTMENTS LLC; GRANT THORNTON LLP; MARK RAMLER; ERNST & YOUNG U.S. LLP; MAYER BROWN LLP f/k/a MAYER BROWN ROWE & MAW LLP; JOSEPH COLLINS; EDWARD S. BEST; PAUL KOURY; PHILLIP R. BENNETT; ROBERT C. TROSTEN; TONE GRANT; SANTO MAGGIO; THOMAS HACKL; DENNIS KLEJNA; BAWAG P.S.K. BANK FUR ARBEIT UND WIRTSCHAFT UND OSTERREICHISCHE POSTPARKASSE AKTIENGESELLSCHAFT; JP MORGAN CHASE & CO.; CREDIT SUISSE SECURITIES (USA) LLC f/k/a CREDIT SUISSE FIRST BOSTON LLC; BANC OF AMERICA SECURITIES LLC; THOMAS H. LEE PARTNERS, L.P.; THOMAS H. LEE ADVISORS, LLC; THL MANAGERS V, LLC; THL EQUITY ADVISORS V, L.P.; THOMAS H. LEE EQUITY FUND V, L.P.; THOMAS H. LEE PARALLEL FUND V, L.P.; THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P.; THOMAS H. LEE INVESTORS LIMITED PARTNERSHIP; 1997 THOMAS H. LEE NOMINEE TRUST; THOMAS H. LEE; DAVID V. HARKINS; SCOTT L. JAECKEL; SCOTT A. SCHOEN; WILLIAM T. PIGOTT; LIBERTY CORNER CAPITAL STRATEGIES, LLC; EMF FINANCIAL PRODUCTS LLC; EMF CORE FUND LTD.; DELTA FLYER FUND LLC; ERIC M. FLANAGAN; INGRAM MICRO, INC.; CIM VENTURES, INC.; BECKENHAM TRADING CO., INC.; ANDREW KRIEGER; COAST ASSET MANAGEMENT, LLC, f/k/a COAST ASSET MANAGEMENT LP; CS LAND MANAGEMENT LLC; CHRISTOPHER PETTIT; and REFCO GROUP HOLDINGS, INC.; and REFCO ASSOCIATES, INC.,

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Defendants
---------------------------------------------------------------X

STATE OF ILLINOIS )
            ) S.S.:
COUNTY OF COOK )

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com



## Demovsky Lawyer Service
Premier Nationwide Document Retrieval
and Process Service Company

ANDREW RAPHAEL, being duly sworn, deposes and says that he is over the age of eighteen years, is an agent of the attorney service, DLS, INC., and is not a party of this action.

That on the 15th day of April, 2008, at approximately the time of 11:02 AM, deponent served a true copy of the FEDERAL SUMMONS ISSUED AND PLAINTIFF'S DEMAND FOR JURY TRIAL IN CIVIL ACTIONS 08-cv-3065 and 08-cv-3086; NOTICE OF REMOVAL FILED BY DEFENDANT BAWAG, 08-cv-3065; NOTICE OF REMOVAL FILED BY VARIOUS DEFENDANTS, 08-cv-3086; SUMMONS AND COMPLAINT FOR THE ACTION COMMENCED IN NEW YORK SUPREME COURT; PLAINTIFFS' STATEMENT PURSUANT TO BANKRUPTCY RULE 9027, 07-md-1902 and 08-cv-3065; PLAINTIFFS' STATEMENT PURSUANT TO BANKRUPTCY RULE 9027, 07-md-1902 and 08-cv-3086; NOTICE OF APPEARANCE FOR DAVID MOLTON, 07-md-1902 and 08-cv-3065; NOTICE OF APPEARANCE FOR ANDREW DASH, 07-md-1902 and 08-cv-3065; NOTICE OF APPEARANCE FOR DAVID MOLTON, 07-md-1902 and 08-cv-3086; AND NOTICE OF APPEARANCE FOR ANDREW DASH, 07-md-1902 and 08-cv-3086 upon EDWARD BEST c/o Mayer Brown LLP at 71 S. Wacker Drive, Chicago, IL, by personally delivering and leaving the same with EDWARD BEST at that address. At the time of service, deponent asked EDWARD BEST if he is in active military service for the United States of America or for the State in any capacity whatever or dependent upon a person in active military service and received a negative reply.

EDWARD BEST is a _white_ male, approximately _47_ years of age, stands approximately _5_ feet _10_ inches tall, weighs approximately _200_ pounds with _brn_ hair.

_Wears_

ANDREW RAPHAEL

Sworn to before me this
___ day of April, 2008

NOTARY PUBLIC

OFFICIAL SEAL
BETHZAIDA PEREZ

D.L.S., Inc.
401 Broadway
Ste 510
NY, NY 10013
212-925-1220
www.dlsny.com