## CERTIFICATE OF SERVICE

I, Ross E. Firsenbaum, an attorney, hereby certify that on Tuesday, May 27, 2008, I caused to be served by Federal Express, a true and correct copy of the Removing Defendants' Opposition to Plaintiffs' Motion for Remand and/or Abstention, Declaration of Ross E. Firsenbaum, dated May 27, 2008, in support thereof, and Exhibits A - O in further support thereof, on the individuals shown below:

| | |
|---|---|
| Leo R. Beus<br>BEUS GILBERT PLLC<br>4800 North Scottsdale Road<br>Suite 6000<br>Scottsdale, Arizona 85251<br>*Counsel for Plaintiffs Kenneth R. Krys and Christopher Stride as Joint Official Liquidators of the Sphinx Funds and James P. Sinclair, as Trustee of the Sphinx Trust* | David J. Molton<br>BROWN RUDNICK BERLACK ISRAELS LLP<br>Seven Times Square<br>Times Square Tower<br>New York, NY 10036<br>*Counsel for Plaintiffs Kenneth R. Krys and Christopher Stride as Joint Official Liquidators of the Sphinx Funds and James P. Sinclair, as Trustee of the Sphinx Trust* |
| Mitchell A. Karlan<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>*Counsel to Defendant Gibson, Dunn & Crutcher LLP* | James J. Capra, Jr.<br>ORRICK HERRINGTON & SUTCLIFFE LLP<br>666 Fifth Avenue<br>New York, NY 10103<br>*Counsel to Defendants PricewaterhouseCoopers LLP and Mari Ferris* |
| David W. Wiltenburg<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>*Counsel to Defendant PricewaterhouseCoopers Cayman Islands* | Anthony Mathias Candido<br>CLIFFORD CHANCE US LLP<br>31 West 52nd Street<br>New York, NY 10019-6131<br>*Counsel for Mayer Brown International LLP* |
| David Emilio Mollon<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY 10166-4193<br>*Counsel to Defendants Grant Thornton LLP and Mark S. Ramler* | Ronald M. Lepinskas<br>DLA PIPER<br>203 North LaSalle Street, Suite 1900<br>Chicago, Illinois 60601-1293<br>*Counsel to Defendant Christopher Petitt* |
| Christopher R. Harris<br>LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, NY 10022<br>*Counsel to Defendant Ernst & Young U.S. LLP* | John K. Villa<br>WILLIAMS & CONNOLLY LLP<br>725 Twelfth Street, N.W.<br>Washington, D.C. 20005<br>*Counsel to Defendant Mayer Brown LLP* |

| | |
|---|---|
| Jonathan Paul Bach<br>COOLEY GODWARD KRONISH LLP<br>1114 Avenue of the Americas<br>New York, NY 10036<br>*Counsel to Defendant Joseph Collins* | Edward S. Best<br>MAYER BROWN LLP<br>71 S. Wacker Drive<br>Chicago, IL 60606 |
| Charles E. Clayman<br>CLAYMAN & ROSENBERG<br>305 Madison Avenue, Suite 1301<br>New York, NY 10165<br>*Counsel to Defendant Paul Koury* | Jeffrey T. Golenbock<br>GOLENBOCK EISEMAN ASSOR<br>BELL & PESKIE LLP<br>437 Madison Avenue<br>New York, NY 10022-7302<br>*Counsel to Defendants Phillip R. Bennett and Refco Group Holdings Inc.* |
| Barbara Moses<br>MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO, & BOHRER, P.C.<br>565 Fifth Avenue<br>New York, NY 10017<br>*Counsel to Defendant Robert C. Trosten* | Melinda Sarafa<br>ZUCKERMAN SPAEDER LLP<br>1540 Broadway<br>Suite 1604<br>New York, NY 10036<br>*Counsel to Defendant Tone Grant* |
| Scott E. Hershman<br>HUNTON & WILLIAMS LLP<br>200 Park Avenue<br>New York, NY 10166-0091<br>*Counsel to Defendant Santo C. Maggio* | Joel A. Blanchet<br>KIRKLAND & ELLIS LLP<br>Citigroup Center 153 East 53rd Street<br>New York, NY 10022<br>*Counsel to Defendants Coast Asset Management LLC f/k/a Coast Asset Management LP; and CS Land Management, LLC* |
| Helen B. Kim<br>KATTEN MUCHIN ROSENMAN LLP<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, California 90067-3012<br>*Counsel to Defendant Dennis Klejna* | Nicolle L. Jacoby<br>DECHERT LLP<br>1095 Avenue of the Americas<br>New York, NY 10036<br>*Counsel to Defendant BAWAG P.S.K. Bank fur Arbeit und Wirtschaft und Osterreichische Postsparkasse Aktiengesellschaft* |

| | |
|---|---|
| Aaron E. Albert<br>FISCHER PORTER & THOMAS, P.C.<br>440 Sylvan Avenue<br>Suite 130<br>Englewood Cliffs, NJ 07632-2700<br>*Counsel to Defendants Beckenham Trading Co. Inc. and Andrew Krieger* | Greg A. Danilow<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>*Counsel to Defendants Thomas H. Lee Partners L.P., Thomas H. Lee Advisors, LLC, THL Managers V, LLC, THL Equity Advisors V., L.P., Thomas H. Lee Equity Fund V, L.P., Thomas H. Lee Parallel Fund V., L.P., Thomas H. Lee Equity (Cayman) Fund V., L.P., Thomas H. Lee Investors Limited Partnership, 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee, David V. Harkins, Scott A. Schoen, and Scott L. Jaeckel* |
| John D. Tortorella<br>MARINO TORTORELLA PC<br>437 Southern Boulevard<br>Chatham, NJ 07928<br>Counsel to *Defendants Liberty Corner Capital Strategies, LLC and William T. Pigott* | Veronica E. Rendon<br>ARNOLD & PORTER LLP<br>399 Park Avenue<br>New York, NY 10022-4690<br>*Counsel to Defendants Eric M. Flanagan, EMF Financial Products, LLC and Delta Flyer Fund, LLC* |
| Robert F. Wise, Jr.<br>DAVIS POLK & WARDWELL<br>450 Lexington Avenue<br>New York, NY 10017<br>*Counsel to Ingram Micro Inc. and CIM Ventures, Inc.* | Refco Associates, Inc.<br>c/o Refco, Inc.<br>One Liberty Plaza, Suite 2379<br>New York, NY 10036 |
| Mr. Christopher Sugrue<br>150 Central Park South, Apt. 2010<br>New York, NY 10019 | Mr. Thomas Hackl<br>150 Central Park South<br>New York, NY 10019 |
| Dated: May 27, 2008<br>New York, New York | *(signature)*<br>Ross E. Firsenbaum |