**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**





| | |
|---|---|
| KENNETH M. KRYS et al., )<br><br>    Plaintiffs, )<br><br>                    v. )<br><br>CHRISTOPHER SUGRUE  et al., )<br><br>    Defendants. ) | Case No.   08 CV 3086 (GEL)<br><br><br>**NOTICE OF MOTION**<br>**TO ADMIT COUNSEL**<br>***PRO HAC VICE*** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District

Courts for the Southern and Eastern Districts of New York, I, David E. Mollón, a member in

good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac*

*vice* of

> LINDA T. COBERLY
> Winston & Strawn LLP
> 35 West Wacker Drive
> Chicago, Illinois 60601
> (T) (312) 558-5600/(F) (312) 558-5700
> Lcoberly@winston.com
>
> BRADLEY E. LERMAN
> 35 West Wacker Drive
> Chicago, Illinois 60601
> (T) (312) 558-5600/(F) (312) 558-5700
> Blerman@winston.com
>
> CATHERINE W. JOYCE
> 35 West Wacker Drive
> Chicago, Illinois 60601
> (T) (312) 558-5600/(F) (312) 558-5700
> Cjoyce@winston.com

LINDA T. COBERLY is a member in good standing of i) the Bar of the State of Illinois, ii) the United States District Court for the Northern District of Illinois, iii) the United States Courts of Appeals for the Fifth, Sixth, Seventh, Eighth, and Federal Circuits; iv) and the United States Supreme Court. There are no pending disciplinary proceedings against LINDA T. COBERLY in any State or Federal court.

BRADLEY E. LERMAN is a member in good standing of i) the Bar of the State of Illinois, ii) the Bar of the District of Columbia iii) the United States District Court for the Northern District of Illinois, iv) the United States District Court for the Southern District of Illinois, v) the United States District Court for the District of Columbia, vi) the United States District Court for the Eastern District of Arkansas. There are no pending disciplinary proceedings against BRADLEY E. LERMAN in any State or Federal court.

CATHERINE W. JOYCE is a member in good standing of the Bar of the State of Illinois and the United States District Court for the Northern District of Illinois. There are no pending disciplinary proceedings against CATHERINE W. JOYCE in any State or Federal court.


Dated: May 27, 2008
New York, New York

Respectfully Submitted,

David E. Mollón (DM 5624)
Winston & Strawn LLP
200 Park Avenue
New York, New York 10166
(T) 212-294-6700
(F) 212-294-4700

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KENNETH M. KRYS et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| CHRISTOPHER SUGRUE  et al., | ) |
| | ) |
| Defendants. | ) |

Case No.   08 CV 3065 (GEL)
                08 CV 3086 (GEL)

**AFFIRMATION OF DAVID E. MOLLÓN IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

David E. Mollón, hereby affirms under penalty of perjury:

1.      I am associated with the law firm of Winston & Strawn LLP, counsel for Defendants Grant Thornton LLP ("Grant Thornton") and Mark Ramler in the above-captioned action.  I am familiar with the proceedings in this case.  I make this statement based on my personal knowledge of the facts set forth herein and in support of Grant Thornton's and Mark Ramler's motion to admit Linda T. Coberly, Bradley E. Lerman, and Catherine W. Joyce as counsel *pro hac vice* to represent Grant Thornton and Mark Ramler in this matter.  Copies of Ms. Coberly's, Mr. Lerman's, and Ms. Joyce's Certificates of Good Standing are annexed hereto as collective Exhibit A.

2.      I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1989.  I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.      I have known Linda T. Coberly, Bradley E. Lerman, and Catherine W. Joyce for several years.

4.    Ms. Coberly, Mr. Lerman, and Ms. Joyce are members of the firm Winston & Strawn LLP in Chicago, Illinois.

5.    I have found Ms. Coberly, Mr. Lerman and Ms. Joyce to be skilled attorneys and persons of integrity.  They are experienced in Federal practice and are familiar with the Federal Rules of Procedure.

6.    Accordingly, I am pleased to move for the admission of Linda T. Coberly, Bradley E. Lerman, and Catherine W. Joyce, *pro hac vice*.

7.    I respectfully submit a proposed order granting the admission of Linda T. Coberly, Bradley E. Lerman, and Catherine W. Joyce, *pro hac vice*, which is attached hereto as Exhibit B.

WHEREFORE it is respectfully requested that the motion to admit Linda T. Coberly, Bradley E. Lerman, and Catherine W. Joyce, *pro hac vice*, to represent Grant Thornton and Mark Ramler in the above captioned matter, be granted.

Dated: New York, New York
        May 27, 2008

Respectfully submitted,

David E. Mollón (DM 5624)

2



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

Rachael Reese, Esq.
Winston & Strawn LLP
200 Park Avenue
New York, NY  10166

Chicago
Thursday, May 22, 2008

In re: Linda T. Coberly
Admitted: 6/14/1996
Attorney No. 6230647

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: Roxanne Trenter
Deputy Registrar

RT

ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600   (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838   (800) 252-8048
Fax (217) 522-2417

Rachael Reese, Esq.
Winston and Strawn
200 Park Avenue
New York, NY  10166

Chicago
Thursday, May 22, 2008

In re: Bradley E. Lerman
Admitted: 10/1/1996
Attorney No. 6235557

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Roxanne Trenter
Deputy Registrar

RT



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia

Court of Appeals, do hereby certify that

BRADLEY E. LERMAN

was on the ___18TH___ day of ___DECEMBER, 1981___

duly qualified and admitted as an attorney and counselor and

entitled to practice before this Court and is, on the date

indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 16, 2008.

GARLAND PINKSTON, JR., CLERK

By: _N. Charles_
Deputy Clerk

ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600   (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838   (800) 252-8048
Fax (217) 522-2417

Rachael Reese
Winston & Strawn LLP
200 Park Avenue
New York, NY  10166

Chicago
Thursday, May 22, 2008

In re: Catherine Wozniak Joyce
Admitted: 11/10/1988
Attorney No. 6199817

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
    Roxanne Trenter
    Deputy Registrar

RT

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| KENNETH M. KRYS et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.   08 CV 3065 (GEL) |
| | ) |                08 CV 3086 (GEL) |
| | ) | |
| v. | ) | **ORDER FOR ADMISSION** |
| | ) | *PRO HAC VICE* |
| CHRISTOPHER SUGRUE  et al., | ) | <u>**ON WRITTEN MOTION**</u> |
| | ) | |
| Defendants. | ) | |
| | ) | |

Upon the motion of David E. Mollón, attorney for Defendants Grant Thornton

LLP ("Grant Thornton") and Mark Ramler, and said sponsor attorney's affirmation in support;

**IT IS HEREBY ORDERED** that

> LINDA T. COBERLY
> Winston & Strawn LLP
> 35 West Wacker Drive
> Chicago, Illinois 60601
> (T) (312) 558-5600/(F) (312) 558-5700
> Lcoberly@winston.com
>
> BRADLEY E. LERMAN
> 35 West Wacker Drive
> Chicago, Illinois 60601
> (T) (312) 558-5600/(F) (312) 558-5700
> Blerman@winston.com
>
> CATHERINE W. JOYCE
> 35 West Wacker Drive
> Chicago, Illinois 60601
> (T) (312) 558-5600/(F) (312) 558-5700
> Cjoyce@winston.com

are admitted to practice *pro hac vice* as counsel for Grant Thornton and Mark Ramler in the

above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated: New York, New York
      May ___, 2008

 

                           _____
                           United States District/Magistrate Judge

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| KENNETH M. KRYS et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.  08 CV 3065 (GEL) |
| | ) | 08 CV 3086 (GEL) |
| | ) | |
| v. | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| | ) | |
| CHRISTOPHER SUGRUE  et al., | ) | |
| | ) | |
| Defendants. | ) | |

I hereby affirm under penalties of perjury the following:

1.      I am an attorney with the firm of Winston & Strawn LLP, 200 Park Avenue, New York, New York, counsel of record for Defendants Grant Thornton LLP ("Grant Thornton") and Mark Ramler.

2.      On May 27, 2008, Grant Thornton's and Mark Ramler's Notice of Motion To Admit Counsel *Pro Hac Vice*, together with supporting documents, was served via U.S. Postal Service to the following parties:

| | |
|---|---|
| Leo R. Beus | David Molton |
| BEUS GILBERT PLLC | BROWN RUDNICK |
| 4800 North Scottsdale Road | Seven Times Square |
| Suite 6000 | Times Square Tower |
| Scottsdale, Arizona  85251 | New York, NY  10036 |
| *Counsel for Plaintiffs Kenneth R. Krys and* | *Counsel for Plaintiffs Kenneth R. Krys and* |
| *Christopher Stride as Joint Official* | *Christopher Stride as Joint Official* |
| *Liquidators of the Sphinx Funds and James P.* | *Liquidators of the Sphinx Funds and James P.* |
| *Sinclair, as Trustee of the Sphinx Trust* | *Sinclair, as Trustee of the Sphinx Trust* |

Mitchell A. Karlan
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
*Counsel to Defendant Gibson, Dunn &
Crutcher LLP*

James J. Capra, Jr.
ORRICK HERRINGTON &
SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103
*Counsel to Defendants
PricewaterhouseCoopers LLP and
Marie Ferris*

David W. Wiltenburg
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
*Counsel to Defendant
PricewaterhouseCoopers Cayman Islands*

Anthony Mathias Candido
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019-6131
*Counsel for Mayer Brown International LLP*

Thomas G. Ward
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
*Counsel for Defendant Mayer Brown LLP*

Ronald M. Lepinskas
DLA PIPER
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
*Counsel to Defendant Christopher Petitt*

Christopher R. Harris
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
*Counsel to Defendant Ernst & Young U.S. LLP*

Robert B. McCaw
WilmerHale
399 Park Avenue
New York, NY 10022
*Counsel to Defendants JP Morgan Chase &
Co.; Credit Suisse Securities (USA) LLC, Banc
of America Securities LLC*

Jonathan Paul Bach
COOLEY GODWARD KRONISH LLP
1114 Avenue of the Americas
New York, NY 10036
*Counsel to Defendant Joseph Collins*

Edward S. Best
MAYER BROWN LLP
71 S. Wacker Drive
Chicago, IL 60606

Charles E. Clayman
CLAYMAN & ROSENBERG
305 Madison Avenue, Suite 1301
New York, NY 10165
*Counsel to Defendant Paul Koury*

Jeffrey T. Golenbock
GOLENBOCK EISEMAN ASSOR
BELL & PESKIE LLP
437 Madison Avenue
New York, NY 10022-7302
*Counsel to Defenants Philip R. Bennett and
Refco Group Holdings Inc.*

Barbara Moses
MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO, & BOHRER, P.C.
565 Fifth Avenue
New York, NY 10017
*Counsel to Defendant Robert C. Trosten*

Scott E. Hershman
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, NY 10166-0091
*Counsel to Defendant Santo C. Maggio*

Helen B. Kim
KATTEN MUCHIN ROSENMAN LLP
2029 Century Park East
Suite 2600
Los Angeles, California 90067-3012
*Counsel to Defendant Dennis Klejna*

Aaron E. Albert
FISCHER PORTER & THOMAS, P.C.
440 Sylvan Avenue
Suite 130
Englewood Cliffs, NJ 07632-2700
*Counsel to Defendants Beckenham Trading
Co. Inc. and Andrew Krieger*

Melinda Sarafa
ZUCKERMAN SPAEDER LLP
1540 Broadway
Suite 1604
New York, NY 10036
*Counsel to Defendant Tone Grant*

Joel A. Blanchet
KIRKLAND & ELLIS LLP
Citigroup Center, 153 East 53rd Street
New York, NY 10022
*Counsel to Defendants Coast Asset
Management LLC f/k/a Coast Asset
Management LP; and CS Land Management,
LLC*

Nicolle L. Jacoby
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112-2200
*Counsel to Defendant BAWAG P.S.K. Bank für
Arbeit und Wirtschaft und Osterreichische
Postsparkasse Aktiengesellschaft*

Greg A. Danilow
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
*Counsel to Defendants Thomas H. Lee
Partners L.P., Thomas H. Lee Advistors, LLC,
THL Managers V, LLC, THL Equity Advisors
V, L.P., Thomas H. Lee Equity Fund V, L.P.,
Thomas H. Lee Parallel Fund V, L.P., Thomas
H. Lee Equity (Cayman) Fund V, L.P., Thomas
H. Lee Investors Limited Partnership, 1997
Thomas H. Lee Nominee Trust, Thomas H.
Lee, David V. Harkins, Scott A. Schoen, and
Scott L. Jaeckel*

Peter C. John
WILLIAMS MONTGOMERY & JOHN LTD.
20 North Wacker Drive
Suite 2100
Chicago, IL  60606
*Counsel to Ingram Micro Inc. and CIM Ventures, Inc.*

Thomas George Ward
Craig D. Singer
John Villa
Michael S. Sundermeyer
William T. Burke
Williams & Connolly LLP
725 12th Street, N.W.
Washington, DC 20005
*Counsel for defendant Mayer Brown LLP f/k/a Mayer Brown Rowe & Maw LLP*

Jonathan Paul Bach
Daniel Mark Hibshoosh
Timothy Marden Kerr
Cooley Godward Kronish LLP
1114 Avenue of the Americas
New York, NY 10036
*Counsel for defendant Joseph Collins*

William J. Schwartz
Krys Boyle, P.C
600 17th Street, Suite 2700 South Tower
Denver, CO 80202
*Counsel for defendant Joseph Collins*

Richard A. Rosen
Paul, Weiss, Rifkind,
Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
*Counsel for defendants Thomas H. Lee Partners, L.P., Thomas H. Lee Advisors LLC, THL Managers V, LLC, THL Equity Advisors V, L.P., Thomas H. Lee Parallel Fund V, L.P., Thomas H. Lee Equity (Cayman) Fund V, L.P., Thomas H. Lee Investors Limited Partnership, 1997 Thomas H. Lee Nominee Trust, Thomas H. Lee,  David V. Harkins, Scott L. Jaeckel, and Scott A. Schoen*

Kevin H. Marino
John D. Tortorella
MARINO TORTORELLA PC
437 Southern Boulevard
Chatham, New Jersey  07928-1488
*Attorneys for Defendants Liberty Corner Capital Strategies LLC and William T. Pigott*

Dated May 27, 2008
New York, New York

Rachael K. Reese

NY:1181907.1