UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

KENNETH M. KRYS and CHRISTOPHER STRIDE, as Joint Official Liquidators of Sphinx, Ltd.,

                     Plaintiffs,

-vs.-

CHRISTOPHER SUGRUE, et al.,

                     Defendants.

No. 08-Civ. 3065 (GEL)
No. 08-Civ. 3086 (GEL)

**MOTION TO ADMIT ALAN C. THOMAS PRO HAC VICE**



PURSUANT TO LOCAL RULE 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern District of New York, I, Aaron E. Albert, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

>ALAN C. THOMAS
>Fischer Porter Thomas & Reinfeld, P.C.
>180 Sylvan Avenue, Second Floor
>Englewood Cliffs, NJ 07632-2700
>Tel: (201) 569-5959
>Fax: (201) 871-4544

Alan C. Thomas is a member in good standing of the bar of the State of New Jersey and is admitted to practice in the United States District Court for the District of New Jersey. Mr. Thomas is also admitted to practice before the United States Courts of Appeals for the Third and Fourth Circuits.

There are no pending disciplinary proceedings against Alan C. Thomas in any State or Federal court.

Respectfully submitted,

By: _____
    Aaron E. Albert (AA 8078)
FISCHER PORTER THOMAS & REINFELD, P.C.
180 Sylvan Avenue, Second Floor
Englewood Cliffs, NJ 07632-2700
Tel: (201) 569-5959
Fax: (201) 871-4544
E-mail: aalbert@fpmtlaw.com

Dated: May 23, 2008
Englewood Cliffs, New Jersey

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENNETH M. KRYS and CHRISTOPHER STRIDE, as Joint Official Liquidators of Sphinx, Ltd., <br><br> Plaintiffs, <br><br> -vs.- <br><br> CHRISTOPHER SUGRUE, et al., <br><br> Defendants. | No. 08-Civ. 3065 (GEL) <br> No. 08-Civ. 3086 (GEL) <br><br> **AFFIDAVIT OF AARON E. ALBERT IN SUPPORT OF MOTION TO ADMIT ALAN C. THOMAS** *PRO HAC VICE* |

State of New Jersey  )
                     ) SS:
County of Bergen     )

AARON E. ALBERT, being duly sworn, hereby deposes and says:

1. I am an associate attorney of the law firm of Fischer Porter Thomas & Reinfeld, P.C., attorneys for Defendants Beckenham Trading Company, Inc. and Andrew Krieger in the above-captioned matter. As such, I am familiar with the proceedings in this matter. I make this statement based on my personal knowledge of the facts set forth herein and in support of said defendants' motion to admit Alan C. Thomas as counsel *pro hac vice* to represent said defendants in this matter.

2. I am a member in good standing of the bars of the States of New York and New Jersey, and was admitted to practice law in New York on January 24, 2006 and in New Jersey on March 8, 2006. I am also admitted to the bar of the United States District Courts for the Southern District of New York, and am in good standing with this Court.

3. I have known Alan C. Thomas since January 2006.

4. Mr. Thomas is a partner of Fischer Porter Thomas & Reinfeld, P.C.

1

5. I know Mr. Thomas to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Mr. Thomas is a member in good standing of the bar of the State of New Jersey. A certificate of good standing is attached hereto as **Exhibit A**.

7. Accordingly, I am pleased to move this Court for the admission of Alan C. Thomas, *pro hac vice*.

8. I respectfully submit a proposed order granting the admission of Alan C. Thomas, *pro hac vice*, which is enclosed herewith.

WHEREFORE, it is respectfully requested that the motion to admit Alan C. Thomas, *pro hac vice*, to represent Defendants Beckenham Trading Company, Inc. and Andrew Krieger in the above-captioned matter be granted.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 23, 2008
Englewood Cliffs, New Jersey

Respectfully submitted,

Aaron E. Albert (AA 8078)
Fischer Porter Thomas & Reinfeld, P.C.
180 Sylvan Avenue, Second Floor
Englewood Cliffs, NJ 07632-2700
Tel: (201) 569-5959
Fax: (201) 871-4544
E-mail: aalbert@fpmtlaw.com

# CERTIFICATE OF SERVICE

I, Aaron E. Albert, an attorney, hereby certify that on May 23, 2008, I caused the foregoing Motion for Admission Pro Hac Vice of Alan C. Thomas by Defendants Beckenham Trading Co., Inc. and Andrew Krieger to be served by regular mail:

GRIPPO & ELDEN LLC

   John R. McCambridge
111 South Wacker Drive
Chicago, IL 60606
Tel: (312) 704-7700

*Attorney for Plaintiff Trustee of the Refco Litigation Trust*

ORRICK, HERRINGTON & SUTCLIFFE LLP

   James P. Cusick
   James J. Capra, Jr.
666 Fifth Avenue
New York, NY 10103
   Sascha N. Rand
51 Madison Avenue, 22nd Floor
New York, NY 10010-1601
Tel: (212) 849-7000

*Attorneys for Plaintiff
Marc S. Kirschner, as Trustee of the
Refco Private Actions Trust*

KIRKLAND & ELLIS LLP

   Reed S. Oslan, P.C.
   Joel A. Blanchet
   James C. Joslin
   Richard U.S. Howell
   Peter Stasiewicz
200 East Randolph Drive, Suite 6100
Chicago, IL 60601

*Attorneys for Defendants
Coast Asset Management LLC
CS Land Management, LLC*

REFCO ALTERNATIVE INVESTMENTS LLC
c/o CT Corporation System
11 Eight Avenue
New York, NY 10011

KEVIN M. FORDE, LTD.

 Kevin M. Forde
111 West Washington Street
Suite 1100
Chicago, IL 60602

*Attorneys for Defendant Mayer Brown LLP*

WILLIAMS & CONNOLLY LLP
 Thomas G. Ward
 John K. Villa
 Michael S. Sundermeyer
 Craig D. Singer
725 12th Street, N.W.
Washington, D.C. 20005

*Attorneys for Defendant Mayer Brown LLP*

HUNTON & WILLIAMS LLP

 Scott E. Hershman
 Stephen R. Blacklocks
 Richard Soto
200 Park Avenue
New York, NY 10166-0091

*Attorneys for Defendant Santo C. Maggio*

LATHAM & WATKINS

 Christopher R. Harris
885 Third Avenue
New York, NY 10022

*Attorneys for Defendant Ernst & Young US LLP*

CLIFFORD CHANCE US LLP

 Joel M. Cohen
 Anthony M. Candido
31 West 52nd Street
New York, NY 10019

*Attorneys for the UK Limited Liability Partnership Mayer Brown International LLP*

WILLIAMS MONTGOMERY &JOHN

 Peter C. John
 Eric Richard Lifvendahl
20 North Wacker Drive, Suite 2100
Chicago, IL 60606

*Attorneys for Ingram Micro Inc. and CIM Ventures, Inc.*

HANNAFAN & HANNAFAN

 Michael T. Hannafan
 Blake Tyler Hannafan
One East Wacker Drive, Suite 2800
Chicago, IL 60601

*Attorneys for Defendant Tone N. Grant*

BELL BOYD & LLOYD

 Stephen J. O'Neil
 Maura F. O'Meara
70 West Madison Street, Suite 3100
Chicago, IL 60602

- and –

MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO & BOHRER, P.C.

Barbara Moses
Rachel Korenblat
Amy Tully
565 Fifth Avenue

|  |  |
|---|---|
| | New York, NY 10017 |
| | *Attorneys for Defendant Robert Trosten* |
| SCHWARTZ COOPER | WILMER CUTLER PICKERING HALE AND DORR LLP |
| Edward S. Weil<br>Heather L. Kramer<br>180 North LaSalle Street<br>Suite 2700<br>Chicago, IL 60601 | Robert B. McCaw<br>Lori A. Martin<br>John V.H. Pierce<br>Dawn M. Wilson<br>Michael L. Feinberg<br>Philip D. Anker<br>Ross E. Firsenbaum |
| - and – | 399 Park Avenue<br>New York, NY 10022 |
| GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP | *Attorneys for Defendants Credit Suisse Securities (USA) LLC f/k/a Credit Suisse First Boston LLC; Banc of America Securities LLC; and Deutsche Bank Securities Inc.* |
| Jeffrey T. Golenbock<br>Adam C. Silverstein<br>437 Madison Avenue, 35th Floor<br>New York, NY 10022-7302 | |
| *Attorneys for Defendants Phillip R. Bennett, Refco Group Holdings Inc. and the Phillip R. Bennett Three Year Annuity Trust* | |
| WINSTON & STRAWN LLP | LOCKE, LORD, BISSELL & LIDDELL, LLP |
| Bradley E. Lerman<br>Linda T. Coberly<br>Catherine W. Joyce<br>35 West Wacker Drive<br>Chicago, IL 60601-9703 | Thomas Justin Cunningham<br>Ronald M. Lepinkas<br>Sally Weiss Mimms<br>Phillip Russell Perdew<br>111 South Wacker Drive<br>Chicago, IL 60606 |
| *Attorneys for Defendant Grant Thornton LLP* | *Attorneys for Defendant Christopher Petitt* |
| MARINO TORTORELLA PC | Clerk of the Court<br>United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007-1312 |
| John D. Tortorella<br>437 Southern Boulevard<br>Chatham, NJ 07928 | |
| *Attorneys for Defendants Libert Corner Capital Strategies and William T. Piggott* | |

| | |
|---|---|
| Christopher Sugrue<br>150 Central Park South, Apt. 2010<br>New York, NY 10019 | Mark Kavanagh<br>Ballyorney House<br>Waterfall Road<br>Enniskerry<br>County Wicklow, Ireland |
| Brian Owens<br>2 Beresford Green<br>Griffith Avenue<br>Dublin 9, Ireland | HUGHES HUBBARD & REED LLP<br><br>David W. Wiltenburg<br>One Battery Park Plaza<br>New York, NY 10004<br><br>*Counsel to Defendant*<br>*PricewaterhouseCoopers Cayman Islands* |
| REFCO ALTERNATIVE INVESTMENTS LLC<br>REFCO ASSOCIATES, INC.<br><br>c/o Refco, Inc.<br>Attn: David Golphus<br>1 Liberty Plaza<br>Suite 2379<br>New York, NY 10036 | QUINN EMANUEL URQHART OLIVER & HEDGES, LLP<br><br>Sascha N. Rand<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010-1601<br><br>*Attorneys for Plaintiff Marc S. Kirschner, as Trustee of the Refco Private Actions Trust* |
| CLAYMAN & ROSENBERG<br><br>Charles E. Clayman<br>305 Madison Avenue, Suite 1301<br>New York, NY 10165<br><br>*Counsel to Defendant Paul Koury* | ZUCKERMAN SPAEDER LLP<br><br>Laura Neish, Esq.<br>1540 Broadway, Suite 1604<br>New York, NY 10036<br><br>*Counsel to Defendant Tone Grant* |
| KATTEN MUCHIN ROSENMAN LLP<br><br>Helen B. Kim, Esq.<br>2029 Century Park East<br>Suite 2600<br>Los Angeles, California 90067-3012<br><br>*Counsel to Defendant Dennis Klejna* | Thomas Hackl<br>150 Central Park South<br>New York, NY 10019 |

| | |
|---|---|
| BIUS GILBERT PLLC<br><br>Leo R. Beus<br>4800 North Scottsdale Road, Suite 4600<br>Scottsdale, AZ 85251<br><br>*Counsel for Plaintiffs Kenneth R. Krys and Christopher Stride as Joint Official Liquidators of the Sphinx Funds and James P. Sinclair, as Trustee of the Sphinx Trust* | MARINO TORTORELLA PC<br><br>John D. Tortorella, Esq.<br>437 Southern Boulevard<br>Chatham, NJ 07928<br><br>*Counsel to Defendants Liberty Corner Capital Strategies, LLC and William T. Pigott* |
| WILLIAMS MONTGOMERY & JOHN LTD.<br><br>Peter C. John<br>Eric Richard Lifvendhal<br>20 North Wacker Drive<br>Suite 2100<br>Chicago, Illinois 60606<br><br>*Counsel to Defendants Ingram Micro, Inc. and CIM Ventures, Inc.* | EMF Core Fund Ltd.<br>c/o Maples & Calder<br>P.O. Box 309, Ugland House<br>South Church Street, George Town<br>Grand Cayman KY1-1104<br>Cayman Islands |
| MAYER BROWN LLP<br><br>Edward S. Best, Esq.<br>71 S. Wacker Drive<br>Chicago, Illinois 60606 | DLA PIPER<br><br>Ronald M. Lepinskas<br>203 North LaSalle Street, Suite 1900<br>Chicago, Illinois 60601-1293<br><br>*Counsel to Defendant Christopher Petitt* |
| GIBSON, DUNN & CRUTCHER LLP<br><br>Mitchell A. Karlan<br>200 Park Avenue<br>New York, NY 10166-0193<br><br>*Counsel to Defendant Gibson, Dunn & Crutcher LLP* | LOCKE, LORD, BISSELL & LIDDELL, LLP<br><br>Thomas Justin Cunningham<br>Ronald M. Lepinkas<br>Sally Weiss Mimms<br>Phillip Russell Perdew<br><br>111 South Wacker Drive<br>Chicago, IL 60606<br><br>*Attorneys for Defendant Christopher Petitt* |

| | SCHWARTZ COOPER |
| --- | --- |
| | Edward S. Weil<br>Heather L. Kramer<br>180 North LaSalle Street, Suite 2700<br>Chicago, IL 60601<br><br>*Attorneys for Defendants Phillip R. Bennett and Refco Group Holdings, Inc. and the Phillip R. Bennett Three Year Annuity Trust* |

| ARNOLD & PORTER LLP | SHEPPARD MULLIN RICHTER & HAMPTON LLP |
|---|---|
| Veronica Rendon<br>399 Park Avenue<br>New York, NY 10022-4690<br>*Attorneys for Defendants Eric M. Flanagan, EMF Financial Products, LLC and Delta Flyer Fund, LLC* | Jonathan P. Hersey<br>650 Town Center Drive, 4th Floor<br>Costa Mesa, CA 92626<br>*Attorneys for Defendant CIM Ventures, Inc.* |

Dated: May 23, 2008

_____
Aaron E. Albert

| | |
|---|---|
| ARNOLD & PORTER LLP<br><br>Veronica Rendon<br>399 Park Avenue<br>New York, NY 10022-4690<br>*Attorneys for Defendants Eric M. Flanagan, EMF Financial Products, LLC and Delta Flyer Fund, LLC* | SHEPPARD MULLIN RICHTER & HAMPTON LLP<br><br>Jonathan P. Hersey<br>650 Town Center Drive, 4th Floor<br>Costa Mesa, CA 92626<br>*Attorneys for Defendant CIM Ventures, Inc.* |

Dated: May 23, 2008

　　　　　　　　　　　　　　　　　/s/ Aaron E. Albert
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　Aaron E. Albert

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **ALAN C THOMAS** (No. **038441987**) was constituted and appointed an Attorney at Law of New Jersey on **December 18, 1987** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **23RD** day of **April**, 20 **08**

Clerk of the Supreme Court

-453a-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KENNETH M. KRYS and CHRISTOPHER STRIDE, as Joint Official Liquidators of Sphinx, Ltd.,

Plaintiffs,

-vs.-

CHRISTOPHER SUGRUE, et al.,

Defendants.

No. 08-Civ. 3065 (GEL)
No. 08-Civ. 3086 (GEL)

**ORDER FOR ADMISSION**
***PRO HAC VICE* OF**
**ALAN C. THOMAS**
**ON WRITTEN MOTION**

Upon the motion of Aaron E. Albert, attorney for Defendants Beckenham Trading Company, Inc. and Andrew Krieger, and the affidavit of Aaron E. Albert submitted in support, pursuant to Local Civil Rule 1.3(c);

**IT IS HEREBY ORDERED** that

> ALAN C. THOMAS
> Fischer Porter Thomas & Reinfeld, P.C.
> 180 Sylvan Avenue, Second Floor
> Englewood Cliffs, NJ 07632-2700
> Tel: (201) 569-5959
> Fax: (201) 871-4544
> E-mail: athomas@fpmtlaw.com

is admitted to practice *pro hac vice* as counsel for Defendants Beckenham Trading Company, Inc. and Andrew Krieger in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF

1

2

password at <u>nysd.uscourts.gov</u>.  Counsel shall forward the required $25 *pro hac vice* fee to the Clerk of the Court.

Dated: _____, 2008            _____
New York, New York                                      Hon. Gerard E. Lynch, U.S.D.J.

2