UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
KENNETH M. KRYS, ET AL.,                :      08 Civ. 3086
                                        :
                Plaintiffs,             :      **NOTICE OF APPEARANCE**
                                        :
        v.                              :
                                        :
CHRISTOPHER SUGRUE, ET AL.,             :
                                        :
                Defendants.             :
                                        :
------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

    PLEASE TAKE NOTICE that Thomas G. Ward of Williams & Connolly LLP, with offices located at 725 Twelfth St., NW, Washington, DC 20005, hereby appears in the above-captioned action on behalf of defendant Edward S. Best.

    I hereby certify that I am admitted to practice before this Court.

                              Respectfully submitted,

                              */s/ Thomas G. Ward*
                              Thomas G. Ward (TW-6255)
                              WILLIAMS & CONNOLLY LLP
                              725 Twelfth St., NW
                              Washington, DC 20005
                              Telephone: (202) 434-5000

Dated: Washington, D.C.
       May 29, 2008

## CERTIFICATE OF SERVICE

I, Thomas G. Ward, hereby certify that on this 29th day of May, 2008, I caused a true and correct copy of the foregoing Notice of Appearance to be distributed to all counsel of record via the Court's Electronic Filing System and to the individuals listed below by First Class Mail.

| | |
|---|---|
| Mitchell A. Karlan<br>GIBSON, DUNN & CRUTCHER LLP<br>200 Park Avenue<br>New York, NY 10166-0193<br>*Counsel to Defendant Gibson, Dunn & Crutcher LLP* | Ronald M. Lepinskas<br>DLA PIPER<br>203 North LaSalle Street, Suite 1900<br>Chicago, Illinois 60601-1293<br>*Counsel to Defendant Christopher Petitt* |
| David W. Wiltenburg<br>HUGHES HUBBARD & REED LLP<br>One Battery Park Plaza<br>New York, NY 10004<br>*Counsel to Defendant PricewaterhouseCoopers Cayman Islands* | Jeffrey T. Golenbock<br>GOLENBOCK EISEMAN ASSOR BELL & PESKIE LLP<br>437 Madison Avenue<br>New York, NY 10022-7302<br>*Counsel to Defendants Phillip R. Bennett and Refco Group Holdings Inc.* |
| Christopher R. Harris<br>LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, NY 10022<br>*Counsel to Defendant Ernst & Young U.S. LLP* | Melinda Sarafa<br>ZUCKERMAN SPAEDER LLP<br>1540 Broadway<br>Suite 1604<br>New York, NY 10036<br>*Counsel to Defendant Tone Grant* |

| | |
|---|---|
| Charles E. Clayman<br>CLAYMAN & ROSENBERG<br>305 Madison Avenue, Suite 1301<br>New York, NY 10165<br>*Counsel to Defendant Paul Koury* | Joel A. Blanchet<br>KIRKLAND & ELLIS LLP<br>Citigroup Center 153 East 53rd Street<br>New York, NY 10022<br>*Counsel to Defendants Coast Asset Management LLC f/k/a Coast Asset Management LP; and CS Land Management, LLC* |
| Barbara Moses<br>MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO, & BOHRER, P.C.<br>565 Fifth Avenue<br>New York, NY 10017<br>*Counsel to Defendant Robert C. Trosten* | Nicolle L. Jacoby<br>DECHERT LLP<br>30 Rockefeller Plaza<br>New York, NY 10112-2200<br>*Counsel to Defendant BAWAG P.S.K. Bank fur Arbeit und Wirtschaft und Osterreichische Postsparkasse Aktiengesellschaft* |
| Scott E. Hershman<br>HUNTON & WILLIAMS LLP<br>200 Park Avenue<br>New York, NY 10166-0091<br>*Counsel to Defendant Santo C. Maggio* | Veronica E. Rendon<br>ARNOLD & PORTER LLP<br>399 Park Avenue<br>New York, NY 10022-4690<br>*Counsel to Defendants Eric M. Flanagan, EMF Financial Products, LLC and Delta Flyer Fund, LLC* |
| Peter C. John<br>WILLIAMS MONTGOMERY & JOHN LTD.<br>20 North Wacker Drive<br>Suite 2100<br>Chicago, IL 60606<br>*Counsel to Ingram Micro Inc. and CIM Ventures, Inc.* | Refco Associates Inc.<br>C/O Refco Inc.<br>One Liberty Plaza, Suite 2379<br>New York, New York 10036 |
| Christopher Sugrue<br>150 Central Park South, Apt. 2010<br>New York, NY 10019 | Thomas Hackl<br>150 Central Park South<br>New York, NY 10019 |

Dated: May 29, 2008

*[signature]*
_____
Thomas G. Ward (TW-6255)