UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

KENNETH M. KRYS, ET AL., : 08 Civ. 3086

          Plaintiffs, : **NOTICE OF APPEARANCE**

   v. :

CHRISTOPHER SUGRUE, ET AL., :

          Defendants. :

------------------------------------------------------------x

To the Clerk of this Court and all parties of record:

    PLEASE TAKE NOTICE that Charles E. Clayman of Clayman & Rosenberg, with offices located at 305 Madison Avenue, New York, NY 10165, hereby appears in the above-captioned action on behalf of defendant Paul Koury.

    I hereby certify that I am admitted to practice before this Court.

                          Respectfully submitted,

                          Charles E. Clayman (CC-0346)
                          CLAYMAN & ROSENBERG
                          305 Madison Avenue
                          New York, NY 10165
                          Telephone: (212) 922-1080

Dated: New York, NY
       June 2, 2008

## CERTIFICATE OF SERVICE

I, Charles E. Clayman, hereby certify that on this 2nd day of June, 2008, I caused a true and correct copy of the foregoing Notice of Appearance to be distributed to all counsel of record via the Court's Electronic Filing System and to the individuals listed below by First Class Mail.

Mitchell A. Karlan
GIBSON, DUNN, & CRUTCHER LLP
200 Park Avenue
New York, NY 10166-0193
*Counsel to Defendant Gibson, Dunn & Crutcher LLP*

David W. Wiltenburg
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, NY 10004
*Counsel to Defendant PricewaterhouseCoopers Caymen Islands*

Christopher R. Harris
LATHAM & WATKINS LLP
885 Third Avenue
New York, NY 10022
*Counsel to Defendant Ernst & Young U.S. LLP*

Thomas G. Ward
WILLIAMS & CONNOLLY LLP
725 Twelfth St., NW
Washington, DC 20005
*Counsel to Defendant Edward S. Best*

Barbara Moses
MORVILLO, ABRAMOWITZ, GRAND, IASON, ANELLO, & BOHRER, P.C.
565 Fifth Avenue
New York, NY 10017
*Counsel to Defendant Robert C. Trosten*

Scott E. Hershman
HUNTON & WILLIAMS LLP
200 Park Avenue
New York, NY 10166-0091
*Counsel to Defendant Santo C. Maggio*

Peter C. John
WILLIAMS MONTGOMERY & JOHN LTD.
20 North Wacker Drive
Suite 2100
Chicago, Illinois 60606
*Counsel to Ingram Micro Inc. and CIM Ventures, Inc.*

Ronald M. Lepinskas
DLA PIPER
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601-1293
*Counsel to Defendant Christopher Petitt*

Jeffrey T. Golenbock
GOLENBOCK EISEMAN ASSOR BELL & PESKIE LLP
437 Madison Avenue
New York, NY 10022-7302
*Counsel to Defendant Phillip R. Bennett and Refco Group Holdings Inc.*

Melinda Sarafa
ZUCKERMAN SPAEDER LLP
1540 Broadway
Suite 1604
New York, NY 10036
*Counsel to Defendant Tone Grant*

Joel A. Blanchet
KIRKLAND & ELLIS LLP
Citigroup Center 153 East 53rd Street
New York, NY 10022
*Counsel to Defendants Coast Asset Management LLC f/k/a Coast Asset Management LP; and CS Land Management, LLC*

Nicole L. Jacoby
DECHERT LLP
30 Rockefeller Plaza
New York, NY 10112-2200
*Counsel to Defendant BAWAG P.S.K. Bank fur Arbeit und Wirtschaft und Osterreichische Postsparkasse Aktiengesellschaft*

Veronica E. Rendon
ARNOLD & PORTER LLP
399 Park Avenue
New York, NY 10022-4690
*Counsel to Defendants Eric M. Flanagan, EMF Financial Products, LLC and Delta Flyer Fund, LLC*

Refco Associates Inc.
C/O Refco Inc.
One Liberty Plaza, Suite 2379
New York, NY 10036

Christopher Sugrue
150 Central Park South, Apt 2010
New York, NY 10019

Thomas Hackl
150 Central Park South
New York, NY 10019

Dated: June 2, 2008

_____
Charles E. Clayman (CC-0346)