

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

KENNETH M. KRYS and CHRISTOPHER
STRIDE, as Joint Official Liquidators of Sphinx,
Ltd.,

                    Plaintiffs,

          -vs.-

CHRISTOPHER·SUGRUE, et al.,

                   Defendants.

---

No. 08-Civ. 3065 (GEL)
No. 08-Civ. 3086 (GEL)

**ORDER FOR ADMISSION**
***PRO HAC VICE* OF**
**ALAN C. THOMAS**
**ON WRITTEN MOTION**

Upon the motion of Aaron E. Albert, attorney for Defendants Beckenham Trading

Company, Inc. and Andrew Krieger, and the affidavit of Aaron E. Albert submitted in support,

pursuant to Local Civil Rule 1.3(c);

    **IT IS HEREBY ORDERED** that

          ALAN C. THOMAS
          Fischer Porter Thomas & Reinfeld, P.C.
          180 Sylvan Avenue, Second Floor
          Englewood Cliffs, NJ 07632-2700
          Tel: (201) 569-5959
          Fax: (201) 871-4544
          E-mail: athomas@fpmtlaw.com

is admitted to practice *pro hac vice* as counsel for Defendants Beckenham Trading Company,

Inc. and Andrew Krieger in the above-captioned case in the United States District Court for the

Southern District of New York. All attorneys appearing before this Court are subject to the

Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is

assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF

1

password at nysd.uscourts.gov.  Counsel shall forward the required $25 *pro hac vice* fee to the

Clerk of the Court.

Dated: _____, 2008
New York, New York

_____
Hon. Gerard E. Lynch, U.S.D.J.