UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X
                                                       :
In re REFCO INC. SECURITIES LITIGATION                 :   Case No. 07-md-1902 (GEL)
                                                       :
-------------------------------------------------------X

This Document Relates to:

-------------------------------------------------------X
KENNETH M. KRYS and CHRISTOPHER                        :
STRIDE, as JOINT OFFICIAL LIQUIDATORS                  :
of SPHINX LTD., SPHINX STRATEGY FUND                   :   Case No. 08-cv-3065 (GEL)
LTD.;                                                  :   Case No. 08-cv-3086 (GEL)
SPHINX PLUS SPC LTD., SPHINX                           :   ECF Case
DISTRESSED LTD., SPHINX MERGER                         :
ARBITRAGE LTD.; SPHINX SPECIAL                         :   **ACKNOWLEDGEMENT**
SITUATIONS LTD., SPHINX MACRO LTD.;                    :   **OF SERVICE**
SPHINX LONG/SHORT EQUITY LTD.;                         :
SPHINX MANAGED FUTURES LTD.; SPHINX                    :
EQUITY MARKET NEUTRAL LTD.; SPHINX                     :
CONVERTIBLE ARBITRAGE LTD.; SPHINX                     :
FIXED INCOME ARBITRAGE LTD.; SPHINX                    :
DISTRESSED FUND SPC; SPHINX MERGER                     :
ARBITRAGE FUND SPC; SPHINX SPECIAL                     :
SITUATIONS FUND SPC; SPHINX MACRO                      :
FUND SPC; SPHINX LONG/SHORT EQUITY                     :
FUND SPC; SPHINX MANAGED FUTURES                       :
FUND SPC; SPHINX EQUITY MARKET                         :
NEUTRAL FUND SPC; SPHINX                               :
CONVERTIBLE ARBITRAGE FUND SPC;                        :
SPHINX FIXED INCOME ARBITRAGE FUND                     :
SPC; PLUSFUNDS MANAGED ACCESS FUND                     :
SPC LTD.; KENNETH M. KRYS and                          :
CHRISTOPHER STRIDE as assignees of claims              :
assigned by MIAMI CHILDREN'S HOSPITAL                  :
FOUNDATION, OFI, GREEN & SMITH                         :
INVESTMENT MANAGEMENT LLC, THALES                      :
FUND MANAGEMENT LLC, KELLNER                           :
DILEO & CO., LLC, MARTINGALE ASSET                     :
MANAGEMENT LP, LONGACRE FUND                           :
MANAGEMENT LLC, ARNHOLD & S.                           :
BLEICHROEDER ADVISERS LLC, PICTET &                    :
CIE, RGA AMERICA REINSURANCE                           :
COMPANY, DEUTSCHE BANK (SUISSE) SA,                    :

ARAB MONETARY FUND, HANSARD :
INTERNATIONAL LTD., CONCORDIA :
ADVISORS LLC, GABELLI SECURITIES, INC., :
CITCO GLOBAL CUSTODY; and JAMES :
P. SINCLAIR as Trustee of the SPHINX TRUST, :
                                                                          :
                                        Plaintiffs,         :
                                                                          :
             -against-                                           :
                                                                          :
CHRISTOPHER SUGRUE; MARK :
KAVANAGH; BRIAN OWENS; :
PRICEWATERHOUSECOOPERS L.L.P.; MARI :
FERRIS; PRICEWATERHOUSECOOPERS :
CAYMAN ISLANDS; GIBSON, DUNN & :
CRUTCHER LLP; REFCO ALTERNATIVE :
INVESTMENTS LLC; GRANT THORNTON :
LLP; MARK RAMLER; ERNST & YOUNG U.S. :
LLP; MAYER BROWN LLP f/k/a MAYER :
BROWN ROWE & MAW LLP; JOSEPH :
COLLINS; EDWARD S. BEST; PAUL KOURY; :
PHILLIP R. BENNETT; ROBERT C. TROSTEN; :
TONE GRANT; SANTO MAGGIO; THOMAS :
HACKL; DENNIS KLEJNA; BAWAG P.S.K. :
BANK FUR ARBEIT UND WIRTSCHAFT UND :
OSTERREICHISCHE POSTPARKASSE :
AKTIENGESELLSCHAFT; JP MORGAN :
CHASE & CO.; :
CREDIT SUISSE SECURITIES :
(USA) LLC f/k/a CREDIT SUISSE FIRST :
BOSTON LLC; BANC OF AMERICA :
SECURITIES LLC; THOMAS H. LEE :
PARTNERS, L.P.; THOMAS H. LEE :
ADVISORS, LLC; THL MANAGERS V, LLC; :
THL EQUITY ADVISORS V, L.P.; THOMAS H. :
LEE EQUITY FUND V, L.P.; THOMAS H. LEE :
PARALLEL FUND V, L.P.; THOMAS H. LEE :
EQUITY (CAYMAN) FUND V, L.P.; THOMAS :
H. LEE INVESTORS LIMITED PARTNERSHIP; :
1997 THOMAS H. LEE NOMINEE TRUST; :
THOMAS H. LEE; DAVID V. HARKINS; :
SCOTT L. JAECKEL; SCOTT A. SCHOEN; :
WILLIAM T. PIGOTT; LIBERTY CORNER :
CAPITAL STRATEGIES, LLC; EMF :
FINANCIAL PRODUCTS LLC; EMF CORE :
FUND LTD.; DELTA FLYER FUND LLC; ERIC :

| | |
|---|---|
| M. FLANAGAN; INGRAM MICRO, INC.; CIM VENTURES, INC.; BECKENHAM TRADING CO., INC.; ANDREW KRIEGER; COAST ASSET MANAGEMENT, LLC, f/k/a COAST ASSET MANAGEMENT LP; CS LAND MANAGEMENT LLC; CHRISTOPHER PETTIT; and REFCO GROUP HOLDINGS, INC.; and REFCO ASSOCIATES, INC., | : : : : : : : : : |
| Defendants | : |

------------------------------------------------X

The undersigned, counsel for Bank für Arbeit und Wirtschaft und Österreichische Postparkasse Aktiengesellschaft ("BAWAG"), a defendant in the above-captioned action, states that he/she is duly authorized by BAWAG to accept service of the Summons and Complaint on behalf of BAWAG as of this date and hereby acknowledges proper service of the Summons and Complaint without waiving any defense available to BAWAG except as to service of process. The undersigned specifically acknowledges that BAWAG has waived the right to be served in Austria pursuant to a letter rogatory and the right to be served with a German translation of the Summons and Complaint.

Dated: ~~June 27, 2007~~ July 1, 2008

Nicolle Jacoby, Esq.
Brian Brick, Esq.
Dechert LLP
1095 Avenue of the Americas
New York, New York 10036
(212) 698-3500
Nicolle.Jacoby@dechert.com
Brian.Brick@dechert.com

Counsel for Defendant BAWAG

# 8187289