UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------

KENNETH M. KRYS and CHRISTOPHER
STRIDE, as JOINT OFFICIAL LIQUIDATORS of
SPHINX LTD., et al.,

                     Plaintiffs,

      - against -

CHRISTOPHER SUGRUE, et al.

                    Defendants.

-----------------------------------------------------------------x

No. 08 cv 3086
No. 08 cv 3065

DOCUMENT ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/5/08

### ORDER FOR ADMISSION PRO HAC VICE
### OF TOMAS M. THOMPSON ON WRITTEN MOTION

Upon motion of Cary B. Samowitz, attorney for Christopher Petitt, and said sponser attorney's declaration of support:

**IT IS HEREBY ORDERED** that

    Tomas M. Thompson
    DLA Piper US LLP
    203 North LaSalle, Suite 1900
    Chicago, Illinois 60601
    Tel: (312) 368-4000
    Email: tomas.thompson@dlapiper.com

is admitted to practice pro hac vice as counsel for Christopher Petitt in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at www.nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

CHGO1\31249240.1

Dated:    New York, New York
            August __, 2008

                                                          United States District Judge

CHGO1\31249240.1