UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- x
                                                                :
KENNETH M. KRYS, et al.,                                        :  Case No. 08 CV 3065
                                                                :            08 CV 3086
                          Plaintiff,                            :
                                                                :  **ORDER**
       v.                                                       :
                                                                :
CHRISTOPHER SUGRUE, et al.,                                     :
                                                                :
                          Defendant.                            :
                                                                :
--------------------------------------------------------------- x

    Special Master Ronald J. Hedges held a telephonic status conference in this matter on December 1, 2010 at 9am concerning production of materials in response to subpoenas served by Defendants Mark Kavanagh and Brian Owens on Crowell & Moring LLP and Peter R. Ginsberg, Esq., on or about September 30, 2009.

    During the status conference, Crowell & Moring represented that it has conducted a diligent search for materials responsive to the subpoenas, and that production of responsive materials found during the search has been made in full. Defendants Mark Kavanagh and Brian Owens' counsel indicated during the telephonic status conference that Crowell & Moring's production appeared complete. Counsel for Defendants Mark Kavanagh and Brian Owens further indicated that they believed Crowell & Moring hasd no further obligations pursuant to the subpoena.

    IT IS ORDERED that Crowell & Moring's obligations with respect to the subpoena are deemed satisfied and it is no longer required to participate in discovery-related issues in connection with this subpoena.

Dated: New York, New York
       December ___, 2010

                                                      **SO ORDERED:**

                                                      _____
                                                      Special Master Hedges