UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

Kenneth M. Krys, et al.            Plaintiff,       08 C 3086 (JSR)

-against-

Christopher Sugrue, et al.         Defendant.
----------------------------------------------------------X

NOTICE OF CHANGE OF ADDRESS

[X] I have cases pending        [ ] I have no cases pending

TO:  ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for: Jeremy S. Winer

[X] Attorney

  [X] I am a United States District Court, Southern District of New York attorney. My SDNY Bar Number is: 8823 ; My State Bar Number is: 4228888

  [ ] I am a Pro Hac Vice attorney

  [ ] I am a Government Agency attorney

[ ] Law Firm/Government Agency Association

  From:_____

  To:_____

  [ ] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

  [ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

[X] Address:  Wilmer Cutler Pickering Hale and Dorr LLP
              399 Park Ave., New York, NY 10022

[X] Telephone No.: 212-230-8800

[X] Fax No.: 212-230-8888

[X] E-Mail Address:  jeremy.winer@wilmerhale.com

Dated: March 23, 2011

_____
ATTORNEY'S SIGNATURE