UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re REFCO, INC. SECURITIES LITIGATION

07 MDL No. 1902 (GEL)

---

KENNETH M. KRYS, *et al.*,

        Plaintiffs,

v.

CHRISTOPHER SUGRUE, *et al.*,

        Defendants.

08 Civ. 3086 (GEL)
08 Civ. 3065 (GEL)

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE THAT, in the above-captioned actions, Gibson, Dunn & Crutcher LLP, with the office address and telephone number as set forth below, hereby appears as counsel for Defendants Mark Kavanagh and Brian Owens.

Dated: New York, New York
       March 29, 2011

                           GIBSON, DUNN & CRUTCHER LLP

                           By:   s/ Diana M. Feinstein
                                 Diana M. Feinstein

                                 200 Park Avenue
                                 New York, New York 10166-0193
                                 Telephone: (212) 351-4000
                                 Facsimile: (212) 351-4035

                                 *Attorneys for Defendants Mark Kavanagh*
                                 *and Brian Owens*

101048368_1.DOC