UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x
                                                             :

In re REFCO, INC. SECURITIES LITIGATION   :   07 MDL No. 1902 (JSR)

---------------------------------------------------------------- x

KENNETH M. KRYS, *et al.,*
           Plaintiffs,

                       :   08 Civ. 3086 (JSR)

         v.

                       :   08 Civ. 3065 (JSR)

CHRISTOPHER SUGRUE, *et al.,*
           Defendants.

---------------------------------------------------------------- x

    **PLEASE TAKE NOTICE** that an appeal is taken on behalf of non-parties Peter R. Ginsberg, Patrina Koo Farquharson and Andrew Feighery, to Judge Jed S. Rakoff of the Southern District of New York, from an Order by Special Master Ronald J. Hedges entered on March 24, 2011, and notice of same received on March 28, 2011 in the above-entitled action ordering the release of certain materials subject to the claim of attorney-client and work product privileges over objection. (Case 1:07-md-01902, Docket 1085.)

Dated: March 31, 2011
       New York, New York

                                  GINSBERG & BURGOS PLLC

                                  By: _/s/_____
                                      Peter R. Ginsberg
                                      Christina N. Burgos
                                      12 E. 49th Street, 30th Floor
                                      New York, New York 10017
                                      Tel. No.: 646-374-0029
                                      Fax No.: 646-355-0202

To: The Honorable Jed S. Rakoff
United States District Judge
500 Pearl Street
New York, New York 10007

The Honorable Ronald J. Hedges
Special Master
484 Washington Avenue
Hackensack, New Jersey 07601

Mitchell A. Karlan
Gibson, Dunn & Crutcher LLP
200 Park Avenue, 47th Floor
New York, New York 10166
*Attorneys for Defendants Mark Kavanagh
and Brian Owens*

Katie Gummer
McCarter & English, LLP
100 Mulberry Street
Four Gateway Center
Newark, New Jersey 07102
*Attorneys for the DPM Defendants*