|  |  |
| --- | --- |
| KENNETH M. KRYS, et al., | ) |
|  | ) No. 08 Civ. 3086 (JSR) |
| Plaintiffs, | ) |
|  | ) ECF Case |
| vs. | ) |
|  | ) |
| CHRISTOPHER SUGRUE, et al., | ) |
|  | ) |
| Defendants. | ) |

## MOTION TO ADMIT COUNSEL PRO HAC VICE

Pursuant to Local Civil Rule 1.3(c), I, Thomas G. Ward, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

KEVIN M. LOVECCHIO
Williams & Connolly LLP
725 Twelfth Street, NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
E-mail: klovecchio@wc.com

Mr. LoVecchio is a member in good standing of the bars of New York and the District of Columbia. There are no pending disciplinary proceedings against Kevin M. LoVecchio in any state or federal court.

WHEREFORE, I, Thomas G. Ward, respectfully request entry of an Order allowing the admission *pro hac vice* of Kevin M. LoVecchio, of the law firm of Williams & Connolly LLP, as counsel for Defendant Mayer Brown LLP in the above-captioned matters.

2

Respectfully submitted,

Dated: Washington, DC  
May 18, 2011

WILLIAMS & CONNOLLY LLP

By: _/s/ Thomas G. Ward_

Thomas G. Ward (TW-6255)
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
E-mail: tward@wc.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | No. 07 MDL 1902 (JSR)<br>No. 05 Civ. 8626 (JSR) |
| THOMAS H. LEE EQUITY FUND V, L.P., THOMAS H. LEE PARALLEL FUND V, L.P., and THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P.,<br><br>Plaintiffs,<br><br>vs.<br><br>MAYER, BROWN, ROWE & MAW LLP and JOSEPH P. COLLINS,<br><br>Defendants. | No. 07 Civ. 6767 (JSR) |
| MARC S. KIRSCHNER, As Trustee of the Refco Litigation Trust,<br><br>Plaintiff,<br><br>vs.<br><br>GRANT THORNTON LLP, et al.,<br><br>Defendants. | No. 07 Civ. 11604 (JSR) |
| MARC S. KIRSCHNER, As Trustee of the Refco Private Actions Trust,<br><br>Plaintiff,<br><br>vs.<br><br>PHILLIP R. BENNETT, SANTO C. MAGGIO, ROBERT C. TROSTEN, MAYER BROWN LLP, MAYER BROWN INTERNATIONAL LLP, and GRANT THORNTON LLP,<br><br>Defendants. | No. 07 Civ. 8165 (JSR) |

|                              | )    |                      |
|------------------------------|------|----------------------|
| KENNETH M. KRYS, et al.,     | )    | No. 07 Civ. 8165 (JSR) |
|                              | )    |                      |
| Plaintiffs,                  | )    | ECF Case             |
|                              | )    |                      |
| vs.                          | )    |                      |
|                              | )    |                      |
| CHRISTOPHER SUGRUE, et al.,  | )    |                      |
|                              | )    |                      |
| Defendants.                  | )    |                      |

# DECLARATION OF THOMAS G. WARD IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE

Thomas G. Ward hereby affirms under penalty of perjury:

1. I am an attorney at law, duly admitted to practice before the courts of the State of New York and the United States District Court for the Southern District of New York.

2. I respectfully submit this Declaration in support of the motion made on behalf of Defendant Mayer Brown LLP, pursuant to Local Civil Rule 1.3(c), for an Order permitting Kevin M. LoVecchio to argue or try this action in whole or in part.

3. I am fully familiar with all of the relevant facts and circumstances herein.

4. I am a partner with the firm of Williams & Connolly LLP, which is counsel to Defendant Mayer Brown LLP in the above-captioned matter.

5. Mr. LoVecchio is an associate with the firm of Williams & Connolly LLP, 725 Twelfth Street, N.W., Washington, D.C. 20005.

6. Mr. LoVecchio is an attorney duly admitted to practice in, and a member in good standing of, the bars of New York and the District of Columbia. I respectfully submit certificates of good standing for Mr. LoVecchio, which are attached hereto as Exhibits A and B, for New York and the District of Columbia, respectively.

7. I am aware of no pending disciplinary proceedings against Mr. LoVecchio in the District of Columbia or any state or federal court. He is prepared to faithfully comply with all rules of conduct applicable to lawyers admitted to practice in the Southern District of New York and in connection with any activities in this Court.

8. Accordingly, I respectfully request that this Court permit Kevin M. LoVecchio to appear *pro hac vice* on behalf of Defendant Mayer Brown LLP, for all purposes in connection with the above-captioned matter. A proposed order granting the admission of Kevin M. LoVecchio, *pro hac vice*, is attached hereto as Exhibit C.

WHEREFORE it is respectfully requested that the motion to admit Kevin M. LoVecchio, *pro hac vice*, to represent Mayer Brown LLP in the above-captioned matter, be granted.

Respectfully submitted,

Dated: Washington, D.C.
May 18, 2011

WILLIAMS & CONNOLLY LLP

By: _____
Thomas G. Ward (TW-6255)
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
E-Mail: tward@wc.com

# SUPREME COURT OF
# THE STATE OF NEW YORK
# APPELLATE DIVISION, FOURTH DEPARTMENT
# ROCHESTER, NEW YORK

I, PATRICIA L. MORGAN, Clerk of the Appellate Division of the Supreme Court in the Fourth Judicial Department, State of New York, do hereby certify that

## Kevin Michael LoVecchio

was duly admitted to practice as an attorney and counselor at law in all courts of this state by this Court on **May 12, 2008**, and appears in good standing upon the roll of attorneys and counselors, and other records, in this office and has registered with the administrative office of the Courts as required by Judiciary Law §468-a.



**IN WITNESS WHEREOF**, I have hereunto set my hand and affixed the seal of this Court, at the City of Rochester, May 17, 2011.

_Patricia L. Morgan_
Clerk of the Court



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**KEVIN LOVECCHIO**

was on the 10TH day of JULY, 2009 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on May 18, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | No. 07 MDL 1902 (JSR)<br>No. 05 Civ. 8626 (JSR) |
| THOMAS H. LEE EQUITY FUND V, L.P., THOMAS H. LEE PARALLEL FUND V, L.P., and THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P.,<br><br>Plaintiffs,<br><br>v.<br><br>MAYER, BROWN, ROWE & MAW LLP and JOSEPH P. COLLINS,<br><br>Defendants. | No. 07 Civ. 6767 (JSR) |
| MARC S. KIRSCHNER, As Trustee of the Refco Litigation Trust,<br><br>Plaintiff,<br><br>v.<br><br>GRANT THORNTON LLP, et al.,<br><br>Defendants. | No. 07 Civ. 11604 (JSR) |
| MARC S. KIRSCHNER, As Trustee of the Refco Private Actions Trust,<br><br>Plaintiff,<br><br>v.<br><br>PHILLIP R. BENNETT, SANTO C. MAGGIO, ROBERT C. TROSTEN, MAYER BROWN LLP, MAYER BROWN INTERNATIONAL LLP, and GRANT THORNTON LLP,<br><br>Defendants. | No. 07 Civ. 8165 (JSR) |

|                                |   )   |                      |
|--------------------------------|-------|----------------------|
| KENNETH M. KRYS, et al.,       | )     | No. 08 Civ. 3086 (JSR) |
|                                | )     |                      |
| Plaintiffs,                    | )     | ECF Case             |
|                                | )     |                      |
| v.                             | )     |                      |
|                                | )     |                      |
| CHRISTOPHER SUGRUE, et al.,    | )     |                      |
|                                | )     |                      |
| Defendants.                    | )     |                      |

## ORDER OF ADMISSION PRO HAC VICE

Upon the motion of Thomas G. Ward, attorney for Defendant Mayer Brown LLP and said sponsor's affirmation in support;

**IT IS HEREBY ORDERED** that

    KEVIN M. LOVECCHIO
    Williams & Connolly LLP
    725 Twelfth Street, NW
    Washington, DC 20005
    Tel: (202) 434-5000
    Fax: (202) 434-5029
    E-mail: klovecchio@wc.com

Is admitted to practice *pro hac vice* as counsel for Mayer Brown LLP in the above-captioned matters in the United States District Court for the Southern District of New York. All attorneys appearing before this court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of the Court.

Dated:
City, State:

                                                HON. RONALD HEDGES
                                                SPECIAL MASTER

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | No. 07 MDL 1902 (JSR)<br>No. 05 Civ. 8626 (JSR) |
| THOMAS H. LEE EQUITY FUND V, L.P., THOMAS H. LEE PARALLEL FUND V, L.P., and THOMAS H. LEE EQUITY (CAYMAN) FUND V, L.P.,<br><br>Plaintiffs,<br><br>vs.<br><br>MAYER, BROWN, ROWE & MAW LLP and JOSEPH P. COLLINS,<br><br>Defendants. | No. 07 Civ. 6767 (JSR) |
| MARC S. KIRSCHNER,<br>As Trustee of the Refco Litigation Trust,<br><br>Plaintiff,<br><br>vs.<br><br>GRANT THORNTON LLP, et al.,<br><br>Defendants. | No. 07 Civ. 11604 (JSR) |
| MARC S. KIRSCHNER,<br>As Trustee of the Refco Private Actions Trust,<br><br>Plaintiff,<br><br>vs.<br><br>PHILLIP R. BENNETT, SANTO C. MAGGIO, ROBERT C. TROSTEN, MAYER BROWN LLP, MAYER BROWN INTERNATIONAL LLP, and GRANT THORNTON LLP,<br><br>Defendants. | No. 07 Civ. 8165 (JSR) |

| | ) | |
|---|---|---|
| KENNETH M. KRYS, et al., | ) | No. 07 Civ. 8165 (JSR) |
| | ) | |
| Plaintiffs, | ) | ECF Case |
| | ) | |
| vs. | ) | |
| | ) | |
| CHRISTOPHER SUGRUE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

I hereby state the following:

1. I am an attorney with the law firm of Williams & Connolly LLP, 725 Twelfth Street, NW, Washington, DC 20005, counsel of record for Mayer Brown LLP.

2. On May 18, 2011, I served the foregoing Motion to Admit Counsel *Pro Hac Vice* upon all parties in the above-captioned matters by e-mail to the following address established by the parties for that purpose: WHRefcoMDLAll@wilmerhale.com.

3. I declare under penalty of perjury that the foregoing is true and correct.

Dated: Washington, DC
May 18, 2011

*/s/ Thomas G. Ward*

Thomas G. Ward
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
E-mail: tward@wc.com