UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | 07 MDL No. 1902 (JSR) |
| KENNETH M. KRYS, *et al.*,<br><br>                              Plaintiffs,<br><br>v.<br><br>CHRISTOPHER SUGRUE, *et al.*,<br><br>                              Defendants. | 08 Civ. 3086 (JSR)<br>08 Civ. 3065 (JSR) |

## **CERTIFICATE OF SERVICE**

I, Diana M. Feinstein, an attorney with the law firm of Gibson, Dunn & Crutcher LLP, hereby certify that on Thursday, May 26, 2011, I caused a true and correct copy of the Limited Objection of Mark Kavanagh and Brian Owens to the Special Master's Report and Recommendation on Motions to Dismiss by Defendants Owens and Kavanagh and supporting documents to be served upon Special Master Hedges and all counsel-of-record (whrefcomdlall@wilmerhale.com) in the above-captioned matter by electronic mail.

Dated: New York, New York
       May 26, 2011

BY: ____s/ Diana M. Feinstein_____
      Diana M. Feinstein (DF-9512)

GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
Telephone: (212) 351-2696
Facsimile (212) 351-6297

*Attorneys for Defendants*
*Mark Kavanagh and Brian Owens*