UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | 07 MDL No. 1902 (JSR) |
| KENNETH M. KRYS, *et al.*,<br>　　　　　　Plaintiffs,<br>v.<br>CHRISTOPHER SUGRUE, *et al.*,<br>　　　　　　Defendants. | 08 Civ. 3086 (JSR)<br>08 Civ. 3065 (JSR) |

### DECLARATION OF DIANA M. FEINSTEIN IN SUPPORT OF THE LIMITED OBJECTION OF DEFENDANTS MARK KAVANAGH AND BRIAN OWENS TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION ON MOTIONS TO DISMISS BROUGHT BY DEFENDANTS OWENS AND KAVANAGH

I, Diana M. Feinstein, hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1.　　I am an attorney licensed to practice law in the State of New York and before the United States District Court for the Southern District of New York. I am an associate in the law firm of Gibson, Dunn & Crutcher LLP, counsel for defendants Mark Kavanagh and Brian Owens in the above-captioned matter.

2. I submit this declaration in support of the Limited Objection of Mark Kavanagh and Brian Owens to the Special Master's Report and Recommendation on Motions to Dismiss by Defendants Owens and Kavanagh, filed May 26, 2011.

3. Attached hereto as Exhibit A is a true and correct copy of the Pledge Agreement made by Mark Kavanagh in favor of Refco Capital LLC, dated March 29, 2005.

Dated: New York, New York
May 26, 2011

_____
Diana M. Feinstein (DF-9512)
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 47th Floor
New York, New York 10166-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035

*Attorneys for Defendants Mark Kavanagh and Brian Owens*

101085215_1.DOC