UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------X
                                       :

In re REFCO INC. SECURITIES LITIGATION    :    Case No. 07-MD-1902 (JSR)
                                         :

------------------------------------------------------X

This Document Relates To:

------------------------------------------------------X
KENNETH M. KRYS, *et al.*,                      :
                                         :

                      Plaintiffs,  :
                                         :    Case No. 08-cv-3065 (JSR)
          - against –                  :    Case No. 08-cv-3086 (JSR)
                                         :

CHRISTOPHER SUGRUE, *et al.*,              :
                                         :

                    Defendants.  :
------------------------------------------------------X

### DECLARATION OF MASON SIMPSON IN SUPPORT OF PLAINTIFFS' RESPONSE TO THE SUPPLEMENTAL MEMORANDUM OF LAW IN FURTHER SUPPORT OF THE THL DEFENDANTS' MOTION TO DISMISS

Mason C. Simpson declares as follows:

      1.      I am a member of the law firm Brown Rudnick LLP, co-counsel, with Beus Gilbert PLLC, for plaintiffs Kenneth M. Krys, *et al.* ("Plaintiffs") in the above-captioned action. I am admitted to practice before this Court. I respectfully submit this declaration in support of Plaintiffs' Response to Supplemental Memorandum of Law in Further Support of the THL Defendants' Motion to Dismiss.

      2.      Attached hereto as Exhibit A is a true and correct copy of the Refco Chapter 11 Plan, dated December 14, 2006, in *In re Refco Inc., et al.*, 05-60006 (RDD) (Bankr. S.D.N.Y.).

3.      Attached hereto as Exhibit B is a true and correct copy of Declaration of Marc S. Kirschner, dated March 1, 2011 in *In re Refco Capital Mkts., Ltd. Brokerage Customer Sec. Litig.*, 06-cv-00643 (GEL) (S.D.N.Y.).

4.      Attached hereto as Exhibit C is a true and correct copy of the Class Action Complaint for Violations of Federal Securities Laws in *Global Mgmt. Worldwide Ltd. v. Bennett, et al.*, 06-cv-0643 (GEL) (S.D.N.Y.), dated January 26, 2006.

5.      Attached hereto as Exhibit D is a true and correct copy of the First Amended Complaint in *Kirschner v. Thomas H. Lee Partners, L.P., et el.*, 07-cv-7074 (JSR) (S.D.N.Y.), dated December 2, 2009.

6.      Attached hereto as Exhibit E is a true and correct copy of the Order, dated July 7, 2006, in *In re Refco Capital Mkts., Ltd. Brokerage Customer Sec. Litig.*, 06-cv-00643 (GEL) (S.D.N.Y.).

7.      Attached hereto as Exhibit F is a true and correct copy of the Second Amended Consolidated Class Action Complaint, dated December 21, 2007, in *In re Refco Capital Mkts., Ltd. Brokerage Customer Sec. Litig.*, 06-cv-00643 (GEL) (S.D.N.Y.).

8.      Attached hereto as Exhibit G is a true and correct copy of the Order, dated April 30, 2008, in *In re Refco Capital Mkts., Ltd. Brokerage Customer Sec. Litig.*, 06-cv-00643 (GEL) (S.D.N.Y.).

9.      Attached hereto as Exhibit H is a true and correct copy of the Stipulation and Agreement of Settlement, dated February 28, 2011, in *In re Refco Capital Mkts., Ltd. Brokerage Customer Sec. Litig.*, 06-cv-00643 (GEL) (S.D.N.Y.).

10.     Attached hereto as Exhibit I is a true and correct copy of the Stipulation and Order Regarding Withdrawal of (I) Claims Filed by Thomas H. Lee and Its Affiliates; and (II) Plan Administrators' Objection Thereto, dated August 24, 2001, in *In re Refco Inc., et al.*, 05-60006 (RDD) (Bankr. S.D.N.Y.).

11.     Attached hereto as Exhibit J is a true and correct copy of the Lead Plaintiffs' Memorandum of Law in Support of Motion for (I) Preliminary Approval of a Settlement with the THL Defendants, (II) Preliminary Certification of Class for Purposes of Settlement, (III) Approval of Form and Manner of Notice, and (IV) Scheduling a Final Approval Hearing, dated March 2, 2011, in *In re Refco Capital Mkts., Ltd. Brokerage Customer Sec. Litig.*, 06-cv-00643 (GEL) (S.D.N.Y.).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 21, 2011

MASON C. SIMPSON