UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | : | 07 MDL No. 1902 (JSR) |

| | | |
|---|---|---|
| KENNETH M. KRYS, et al. | : | ECF CASE |
| Plaintiffs, | : | 08 Civ. 3086 (JSR) |
| -v- | : | |
| CHRISTOPHER SUGRUE, et al. | : | |
| Defendants. | : | |

| | | |
|---|---|---|
| KENNETH M. KRYS, et al. | : | |
| Plaintiffs, | : | 10 Civ. 3594 (JSR) |
| -v- | : | |
| DEUTSCHE BANK SECURITIES INC., et al. | : | |
| Defendants. | : | |

**DEFENDANTS' NOTICE OF MOTION FOR CERTIFICATION OF
THE COURT'S ORDER DENYING DEFENDANTS' MOTION TO DISMISS
PLAINTIFFS' REFCO FRAUD CLAIMS ON GROUNDS OF *IN PARI DELICTO***

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion for Certification of the Court's Order Denying Defendants' Motion to Dismiss Plaintiffs' Refco Fraud Claims on Grounds of *In Pari Delicto*, defendants Credit Suisse

Securities (USA) LLC, Banc of America Securities LLC, JPMorgan Chase & Co., Grant Thornton LLP, Mark Ramler, Mayer Brown LLP, Edward S. Best, Joseph P. Collins, Paul Koury, PricewaterhouseCoopers LLP, Mari Ferris, Ingram Mico Inc., CIM Ventures Inc., Liberty Corner Capital Strategies, LLC, William T. Pigott, Deutsche Bank Securities Inc., Deutsche Bank Trust Company Americas and Deutsche Bank AG, by and through their undersigned counsel, will move before the Honorable Jed S. Rakoff, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for certification of the Court's September 12, 2011 Order[1] pursuant to 28 U.S.C. § 1292(b).

Pursuant to the Court's instruction, any opposing papers must be filed and served on or before October 19, 2011.

Dated:   October 5, 2011
        New York, New York

Respectfully submitted,

WILMER CUTLER PICKERING
  HALE AND DORR LLP

By:  /s/ Philip D. Anker
    Philip D. Anker
    (philip.anker@wilmerhale.com)
    Jeremy S. Winer
    Ross E. Firsenbaum

399 Park Avenue
New York, New York 10022
Tel: (212) 230-8800
Fax: (212) 230-8888

*Attorneys for Defendants Banc of America Securities LLC, Credit Suisse Securities (USA) LLC, and JPMorgan Chase & Co.*

---

[1] *Krys v. Sugrue*, No. 08 Civ. 3086 [Dkt. No. 588] and *Krys v. Deutsche Bank Securities Inc.*, No. 10 Civ. 3594 [Dkt. No. 88].

| | |
|---|---|
| Dated:  October 5, 2011<br>Chicago, Illinois | WINSTON & STRAWN LLP<br><br>By:   /s/ Linda T. Coberly<br>     Linda T. Coberly<br><br>Beth A. Tagliamonti<br>(btagliamonti@winston.com)<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, New York 10166<br>Ph: 212-294-6700<br>Fax: 212-294-4700<br><br>Bruce Braun (bbraun@winston.com)<br>Catherine W. Joyce (cjoyce@winston.com)<br>Linda T. Coberly (lcoberly@winston.com)<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, Illinois 60601<br>Ph: 312-558-5600<br>Fax: 312-558-5700<br><br>*Attorneys for Defendants*<br>*Grant Thornton LLP and Mark Ramler* |
| Dated:  October 5, 2011<br>Washington, D.C. | WILLIAMS & CONNOLLY LLP<br><br>By:  /s/ Craig D. Singer<br>     John K. Villa<br>     George A. Borden<br>     Craig D. Singer<br>     (csinger@wc.com)<br><br>725 Twelfth Street, NW<br>Washington, DC 20005<br>Tel.: (202) 434-5000<br><br>*Attorneys for Defendants Mayer Brown*<br>*LLP and Edward S. Best* |

Dated: October 5, 2011                           COOLEY GODWARD KRONISH LLP
       New York, New York

                                                 By: /s/ William J. Schwartz
                                                     William J. Schwartz
                                                     (wschwartz@cooley.com)
                                                     Jonathan P. Bach
                                                     Reed A. Smith

                                                     1114 Avenue of the Americas
                                                     New York, NY 10036-7798
                                                     Tel.: (212) 479-6000

                                                     *Attorneys for Defendant Joseph P. Collins*


Dated: October 5, 2011                           CLAYMAN & ROSENBERG
       New York, New York

                                                 By: /s/ Charles E. Clayman
                                                     Charles E. Clayman
                                                     (clayman@clayro.com)

                                                     305 Madison Avenue, Suite 1301
                                                     New York, NY 10165
                                                     Tel.: (212) 922-1080

                                                     *Attorneys for Defendant Paul Koury*

Dated: October 5, 2011
      New York, New York

KING AND SPALDING LLP

By: /s/ James J. Capra Jr.
    James J. Capra Jr.
    (jcapra@kslaw.com)
    James P. Cusick

1185 Avenue of the Americas
New York, New York 10036
Tel: (212) 556-2100
Fax: (212) 556-2222

*Attorneys for Defendants PricewaterhouseCoopers LLP and Mari Ferris*

Dated: October 5, 2011
      New York, New York

DAVIS POLK & WARDWELL

By: /s/ Robert F. Wise, Jr.
    Robert F. Wise, Jr.
    (robert.wise@davispolk.com)

450 Lexington Avenue

New York, NY 10017

Tel: (212) 450-4000

*Attorneys for Defendants Ingram Micro Inc. and CIM Ventures Inc.*

Dated: October 5, 2011
      Chatham, New Jersey

MARINO, TORTORELLA & BOYLE, P.C.

By: /s/ Kevin H. Marino
   Kevin H. Marino
   (kmarino@khmarino.com)
   John D. Tortorella

   437 Southern Boulevard
   Chatham, NJ 07928-1488
   Tel.: (973) 824-9300

*Attorneys for Defendants Liberty Corner Capital Strategies, LLC and William T. Pigott*

Dated: October 5, 2011
      New York, New York

LINKLATERS LLP

By: /s/ James R. Warnot, Jr.
   James R. Warnot, Jr.
   (james.warnot@linklaters.com)

   1345 Avenue of the Americas
   New York, NY 10105
   Tel.: (212) 903-9000

*Attorneys for Defendants Deutsche Bank Securities Inc., Deutsche Bank Trust Company Americas, and Deutsche Bank AG*