UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

In re REFCO INC. SECURITIES LITIGATION

07-MDL No. 1902 (JSR)

-------------------------------------------------------x

This document relates to:

08 Civ. 3065 (JSR)
08 Civ. 3086 (JSR)

KENNETH M. KRYS, et al.,

              Plaintiffs,

    -v-

CHRISTOPHER SUGRUE, et al.,

              Defendants.

-------------------------------------------------------x

## [PROPOSED] ORDER FOR ADMISSION OF KENNETH Y. TURNBULL PRO HAC VICE

Upon the motion of James J. Capra, Jr., attorney for Defendant PricewaterhouseCoopers LLP and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED** that

    Kenneth Y. Turnbull
    King & Spalding LLP
    1700 Pennsylvania Ave NW, Suite 200
    Washington, D.C. 20006-4707
    Phone: 202 737 0500
    Fax:   202 626 3737
    Email: kturnbull@kslaw.com

is admitted to practice *pro hac vice* as counsel for Defendant PricewaterhouseCoopers LLP in the above captioned case in the United States District Court for the Southern District of New York.

All attorneys appearing before this Court are subject to the Local Rules of this Court, including

the Rules governing discipline of attorneys. Counsel shall apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 11/28/2011
~~New York, New York~~
Hackensack NJ

_____
Special Master Hon. Ronald Hedges

2