UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                                                     :

In re REFCO INC. SECURITIES LITIGATION      :    Case No. 07-MD-1902 (JSR)

------------------------------------------------------------ X

          This document relates to:

------------------------------------------------------------ X

KENNETH M. KRYS, *et al.*,                     :    Case No. 08-cv-3065 (JSR)
                                                                     :    Case No. 08-cv-3086 (JSR)

                                 Plaintiffs,    :

                                 -against-                               :

CHRISTOPHER SUGRUE, *et al.*,                :

                                 Defendants.    :

------------------------------------------------------------ X

## **CERTIFICATE OF SERVICE**

       I, Maureen Quigley, an attorney with the law firm Brown Rudnick LLP, hereby certify that on Tuesday, January 10, 2012, I caused a true and correct copy of SPhinX Plaintiffs' Limited Objection to the December 16, 2011 Report and Recommendation of the Special Master on Motions to Dismiss Brought by Grant Thornton LLP and Mark Ramler to be served upon Special Master Hedges, Special Master Capra and all counsel-of-record (WHRefcoKrysAll@wilmerhale.com) in the above-captioned matters by electronic mail and by electronically filing through the Court's CM/ECF system.

Dated:  New York, New York
          January 10, 2012

                                                               **BROWN RUDNICK LLP**

                                                               By: /s Maureen Quigley
                                                                     Maureen Quigley (MQ-1192)
                                                                Seven Times Square
                                                                New York, NY 10036
                                                                T: 212-209-4902
                                                                F: 212-209-4801
                                                                mquigley@brownrudnick.com