UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re REFCO, INC. SECURITIES LITIGATION | Case No. 07 MDL 1902 (JSR) |
| KENNETH M. KRYS, et. al., <br><br> Plaintiffs, <br><br> - v - <br><br> CHRISTOPHER SUGRUE, et al., <br><br> Defendants. | Case No. 08-CV-3065 (JSR) <br> Case No. 08-CV-3086 (JSR) <br><br><br> **STIPULATION AND ORDER** |

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiffs Kenneth M. Krys, et al. and defendant Robert Trosten, though their undersigned counsel, in the above-captioned actions, *Krys, et al. v. Sugrue, et al.,* Nos. 08-cv-3065 (JSR), 08-cv-3086 (JSR), that the time within which Trosten may answer Plaintiffs' Amended Complaint is extended to and including June 18, 2012.

Dated: New York, New York
       April 30, 2012

BROWN RUDNICK LLP

By: /s/ Dennis K. Blackhurst
    David J. Molton
    Andrew Dash
    Mason Simpson
Seven Times Square
New York, NY 10036
Tel.: (212) 209-4800
Email: dmolton@brownrudnick.com
       adash@brownrudnick.com

-and-

BEUS GILBERT PLLC
    Leo R. Beus
    Dennis K. Blackhurst
4800 North Scottsdale Road
Suite 600
Scottsdale, AZ 85251
Tel.: (480) 429-3000

*Attorneys for Plaintiffs*

Dated: New York, New York
       April 30, 2012

MORVILLO, ABRAMOWITZ, GRAND,
IASON, ANELLO & BOHRER, P.C.

By: /s/ Judith L. Mogul
    Judith L. Mogul
    Gates S. Hurand
565 Fifth Avenue
New York, NY 10017
Tel.: (212) 856-9600
Email: jmogul@maglaw.com
      ghurand@maglaw.com

*Attorneys for Defendant Robert Trosten*

IT IS SO ORDERED.

Dated: New York, NY
      5/1/2012

HON. RONALD J. HEDGES
SPECIAL MASTER

2