UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Kenneth M. Krys, et al.      Plaintiff,      Case No. 08-cv-3086 (JSR)

-against-

Christopher Sugrue, et al.      Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Peter J. Macdonald**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: PM1239      My State Bar Number is: 3949682

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:
  FIRM NAME: Wilmer Cutler Pickering Hale and Dorr LLP
  FIRM ADDRESS: 399 Park Avenue, New York, NY 10022
  FIRM TELEPHONE NUMBER: 212-230-8800
  FIRM FAX NUMBER: 212-230-8888

NEW FIRM:
  FIRM NAME: Wilmer Cutler Pickering Hale and Dorr LLP
  FIRM ADDRESS: 7 World Trade Center, New York, NY 10007
  FIRM TELEPHONE NUMBER: 212-230-8800
  FIRM FAX NUMBER: 212-230-8888

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: July 11, 2012                    s/ Peter J. Macdonald
                                        ATTORNEY'S SIGNATURE