UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Kenneth M. Krys, et al.

                        Plaintiff,        Case No.  08-cv-3086 (JSR)

    -against-

Christopher Sugrue, et al.

                        Defendant.
------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending        [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

                        Jeremy S. Winer
                        FILL IN ATTORNEY NAME

My SDNY Bar Number is: JW8823    My State Bar Number is 4228888

I am,

[✓]  An attorney

[ ]  A Government Agency attorney

[ ]  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME:  Wilmer Cutler Pickering Hale and Dorr LLP
                   FIRM ADDRESS:  399 Park Avenue, New York, NY 10022
                   FIRM TELEPHONE NUMBER: 212-230-8800
                   FIRM FAX NUMBER: 212-230-8888

NEW FIRM:    FIRM NAME:  Wilmer Cutler Pickering Hale and Dorr LLP
                   FIRM ADDRESS:  7 World Trade Center, New York, NY 10007
                 FIRM TELEPHONE NUMBER: 212-230-8800
                 FIRM FAX NUMBER: 212-230-8888

[✓]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]  I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: July 12, 2012                  s/ Jeremy S. Winer
                                              ATTORNEY'S SIGNATURE