UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re REFCO INC. SECURITIES LITIGATION         Case No. 07-MD-1902 (JSR)
-------------------------------------------------------------X
          This Document Relates to:
-------------------------------------------------------------X
KENNETH M. KRYS, et al.,                :
                                        :       Case No. 08-CV-3065 (JSR)
                                        :       Case No. 08-CV-3086 (JSR)
                        Plaintiffs,     :
                                        :
           -against-                    :       **NOTICE OF MOTION FOR**
                                        :       **SUMMARY JUDGMENT**
CHRISTOPHER SUGRUE, et al.,             :
                                        :
                        Defendants.     :       **ORAL ARGUMENT**
                                        :       **REQUESTED**
-------------------------------------------------------------X

   PLEASE TAKE NOTICE that, upon Moving Defendants' Memorandum in Support of Summary Judgment, and the accompanying Rule 56.1 Statement and the Declaration of James J. Capra, Jr., dated August 2, 2012 and the exhibits thereto, and at a time and location to be determined, defendant PricewaterhouseCoopers LLP ("PwC") will move this Court for an order dismissing the remaining count of the Amended Complaint directed at PwC (Count XVII) pursuant to Rule 56 of the Federal Rules of Civil Procedure, and granting such other and further relief as the Court deems just and proper.[1]  Plaintiffs' response to the motion is due on August 23, 2012 in accordance with the directive of the Special Master.

---

[1] In seeking leave to file this motion, PwC and the other moving defendants reserve their right to move for summary judgment on other grounds at the appropriate time, if necessary. Plaintiffs consented to these motions being heard on an expedited basis in advance of summary judgment motions on other issues, and the Special Master, in consultation with the Court, agreed to hear them at this time. *See* emails dated July 30 and 31, 2012 among Special Master Capra, counsel for Plaintiffs (Dennis Blackhurst) and counsel for Credit Suisse Securities (USA) LLC and Merrill Lynch, Pierce, Fenner & Smith, Incorporated, as successor-by-merger to Banc of America Securities LLC, and on behalf of moving defendants (Philip Anker).

Dated: New York, New York
       August 2, 2012

Respectfully submitted,

**KING & SPALDING LLP**

By: <u>/s/ James J. Capra, Jr.</u>
    James J. Capra, Jr.
    James P. Cusick
    1185 Avenue of the Americas
    New York, New York 10036
    Tel: (212) 556-2100

*Attorneys for Defendant*
*PricewaterhouseCoopers LLP*