UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE REFCO INC. SECURITIES LITIGATION | : | 07-MD-1902 (JSR) |

This document relates to:

| | | |
|---|---|---|
| KENNETH M. KRYS, *ET AL.*, | : | |
| Plaintiffs, | : | 08-CV-3086 (JSR) |
| -against- | : | |
| | : | **NOTICE OF MOTION TO STRIKE OPINIONS OF PROPOSED EXPERTS MICHAEL GREENBERGER AND DAVID WALLACE** |
| CHRISTOPHER SUGRUE, *ET AL.*, | : | |
| Defendants. | : | |

**PLEASE TAKE NOTICE THAT** upon the accompanying Memorandum of Law in Support of Grant Thornton LLP and Mark Ramler's Motion to Strike Opinions of Proposed Experts Michael Greenberger and David Wallace, dated August 7, 2012, the undersigned will move this Court, at a date and time to be determined, for an order pursuant to Rule 702 of the Federal Rules of Civil Procedure and the previous rulings in this case (1) striking the expert report and proposed opinions of Michael Greenberger to the extent they relate to Grant Thornton LLP and Mark Ramler (the "Grant Thornton Defendants") and precluding Plaintiffs from offering Greenberger's testimony against the Grant Thornton Defendants in any fashion; (2) striking Parts VI.D and VI.F of the expert report of David Wallace and the proposed opinions therein (and any other portions of the report and attachments that relate to those opinions) and precluding Plaintiffs from offering those opinions against the Grant Thornton Defendants in any fashion; and (3) granting such other and further relief as the Court deems just and proper.  Unless

the Special Master provides otherwise, Plaintiffs' answering papers shall be due on August 24, 2012, and the reply in support of this motion shall be due on September 5, 2012.

| | |
|---|---|
| Dated:  August 7, 2012<br>         New York, New York | Respectfully submitted,<br><br>WINSTON & STRAWN LLP<br><br>_____/s/_____<br>By:  Linda T. Coberly |

*Of Counsel:*

Kenneth Cunningham
Tracy W. Berry
GRANT THORNTON LLP
175 West Jackson, 20th Floor
Chicago, Illinois 60604
Ph: 312-856-0001
Fax: 312-565-3473

Bruce R. Braun (bbraun@winston.com)
Catherine W. Joyce (cjoyce@winston.com)
Linda T. Coberly (lcoberly@winston.com)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601
Ph: 312-558-5600
Fax: 312-558-5700

Luke A. Connelly (lconnelly@winston.com)
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166
Ph: 212-294-6700
Fax: 212-294-4700

*Attorneys for Defendants Grant Thornton LLP and Mark Ramler*