UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In re REFCO INC. SECURITIES LITIGATION          Case No. 07-MD-1902 (JSR)

------------------------------------------------------------------X

       This Document Relates to:

------------------------------------------------------------------X
KENNETH M. KRYS, et al.,                           :    Case No. 08-CV-3065 (JSR)
                      Plaintiffs,    :    Case No. 08-CV-3086 (JSR)
                                     :
         -against-                         :
                                     :
CHRISTOPHER SUGRUE, et al.,                        :
                      Defendants.   :
                                     :
------------------------------------------------------------------X
KENNETH M. KRYS, et al.,                           :
                                     :    Case No. 10-CV-3594 (JSR)
                      Plaintiffs,   :
                                     :
         -against-                         :
                                     :
DEUTSCHE BANK SECURITIES INC., et al.,             :
                      Defendants.   :
                                     :
------------------------------------------------------------------X

## **CERTIFICATE OF SERVICE**

    I, Mason Simpson, a partner with the law firm Brown Rudnick LLP, hereby certify that on Thursday, August 23, 2012, I caused true and correct copies of (1) Memorandum of Law in Opposition to the Moving Defendants' Motions for Summary Judgment, (2) Declaration of Mason C. Simpson in Support, dated August 23, 2012, with Exhibits A to Q hereto, (3) Declaration of Kenneth Krys, dated August 23, 2012 and (4) Plaintiffs' Response in Opposition to the Moving Defendants' Rule 56.1 Statement, to be served upon Special Master Hedges, Special Master Capra and all counsel-of-record (WHRefcoKrysAll@wilmerhale.com) in the

above-captioned matters by electronic mail and by electronically filing through the Court's CM/ECF system.

Dated: New York, New York
August 23, 2012

                                            **BROWN RUDNICK LLP**

By: /s Mason Simpson
     Mason Simpson
Seven Times Square
New York, NY 10036
T: 212-209-4907
F: 212-209-4801
msimpson@brownrudnick.com

2