UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

In re REFCO INC. SECURITIES LITIGATION                    Case No. 07-MD-1902 (JSR)

-----------------------------------------------------------------------X

This Document Relates to:

-----------------------------------------------------------------------X
KENNETH M. KRYS, et al.,                         :        Case No. 08-CV-3065 (JSR)
                                   Plaintiffs,   :        Case No. 08-CV-3086 (JSR)
                                                 :
              -against-                          :
                                                 :
CHRISTOPHER SUGRUE, et al.,                      :
                                   Defendants.   :
                                                 :
-----------------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

       I, Mason Simpson, a partner with the law firm Brown Rudnick LLP, hereby certify that

on Tuesday, August 28, 2012, I caused true and correct copies of (1) Plaintiffs' Response to

Grant Thornton LLP's and Mark Ramler's Motion to Strike Opinions of Proposed Experts

Michael Greenberger and R. David Wallace and (2) Declaration of Mason C. Simpson in

Support, dated August 28, 2012, with Exhibits A to P thereto, to be served upon Special Master

Hedges, Special Master Capra and all counsel-of-record (WHRefcoKrysAll@wilmerhale.com)

in the above-captioned matters by electronic mail and by electronically filing through the Court's

CM/ECF system.

Dated:  New York, New York
        August 28, 2012

                                          **BROWN RUDNICK LLP**


                                          By: /s Mason Simpson
                                               Mason Simpson
                                          Seven Times Square
                                          New York, NY 10036
                                          T: 212-209-4907

2

F: 212-209-4801
msimpson@brownrudnick.com