UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------------X
KENNETH M. KRYS, et al.,                :
                                        :       Case No. 08-cv-3086 (JSR)
            Plaintiffs,                 :
                                        :       **NOTICE OF APPEAL**
      -against-                         :
                                        :
CHRISTOPHER SUGRUE, et al.,             :
                                        :
            Defendants.                 :
--------------------------------------------------------------X

      NOTICE IS HEREBY GIVEN that plaintiffs Kenneth M. Krys and Margot MacInnis, as Joint Official Liquidators of the SPhinX funds and assignees of claims of certain SPhinX funds investors, and The Harbour Trust Co. Ltd., as Trustee of the SPhinX Trust (collectively, "Plaintiffs"), hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment, entered in this action on August 1, 2012, dismissing, with prejudice, plaintiff's claims of aiding and abetting fraud against Ingram Micro, Inc., CIM Ventures, Inc., Liberty Corner Capital Strategies LLC, and William T. Pigott.

      The parties to this appeal and their respective attorneys are:

Kevin H. Marino
John D. Tortorella
Marino, Tortorella & Boyle, P.C.
437 Southern Boulevard
Chatham, New Jersey 07928-1488
Tel: (973) 824-9300
Fax: (973) 824-8425
*Attorneys for Defendants Liberty Corner*
*Capital Strategies, LLC and William T. Pigott*

Robert F. Wise, Jr.
Paul Spagnoletti
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017
Tel.: (212) 450-4000
Fax: (212) 701-5800
*Attorneys for Defendants Ingram
Micro, Inc. and CIM Ventures, Inc.*

David J. Molton
Andrew Dash
Brown Rudnick LLP
Seven Times Square
New York, NY 10036
Tel: (212) 209-4800
Fax: (212) 209-4801
*Counsel for Plaintiffs Kenneth M. Krys,
Margot MacInnis and The Harbour Trust Co. Ltd.*

Dated:   New York, New York
         August 31, 2012

**BROWN RUDNICK LLP**

By /s David Molton
   David J. Molton
   Andrew Dash
   Seven Times Square
   New York, New York 10036
   Tel.: (212) 209-4800
   Fax: (212) 209-4801
   dmolton@brownrudnick.com
   adash@brownrudnick.com
   *Counsel for Plaintiffs Kenneth M. Krys, et al.*

- and -

**BEUS GILBERT PLLC**
   4800 North Scottsdale Road
   Suite 6000
   Scottsdale, AZ 85251
   Tel.: (480) 429-3000
   Fax: (480) 429-3100
   *Co-Counsel for Plaintiffs Kenneth M. Krys, et al.*

60718056 v1

2