UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE REFCO INC. SECURITIES LITIGATION | ECF Case<br>07-MD-1902 (JSR) |

This document relates to:

|  |  |
|---|---|
| KENNETH M. KRYS, *et al.*,<br><br>      Plaintiffs,<br><br>-against-<br><br>CHRISTOPHER SUGRUE, *et al.*,<br><br>      Defendants. | 08-CV-3086 (JSR) |
| MARC S. KIRSCHNER, as Trustee of the Refco Private Actions Trust,<br><br>      Plaintiff,<br><br>-against-<br><br>PHILLIP R. BENNETT, *et al.*,<br><br>      Defendants. | 07-CV-8165 (JSR) |

## NOTICE OF WITHDRAWAL AND ORDER

To the Clerk of the Court and all parties of record:

   PLEASE TAKE NOTICE that Calvin Kai-Xin Koo is no longer associated with Winston & Strawn LLP and should be withdrawn as counsel of record on behalf of Defendants Grant Thornton LLP and Mark Ramler in the above-captioned actions.

Dated: Chicago, Illinois
      August 30, 2012

Respectfully submitted,

*Catherine W. Joyce*
Catherine W. Joyce
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601-9703
T: (312) 558-5600
F: (312) 558-5700

*Attorneys for Defendants*
*Grant Thornton LLP and Mark Ramler*

SO ORDERED:

Honorable Jed S. Rakoff
United States District Judge

9-11-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| IN RE REFCO INC. SECURITIES LITIGATION | ECF Case<br>07-MD-1902 (JSR) |
| This document relates to: |  |
| KENNETH M. KRYS, et al.,<br><br>                    Plaintiffs,<br>-against-<br>CHRISTOPHER SUGRUE, et al.,<br><br>                    Defendants. | 08-CV-3086 (JSR) |
| MARC S. KIRSCHNER, as Trustee of the Refco Private Actions Trust,<br><br>                    Plaintiff,<br>-against-<br>PHILLIP R. BENNETT, et al.,<br><br>                    Defendants. | 07-CV-8165 (JSR) |

## DECLARATION OF CATHERINE W. JOYCE
## PURSUANT TO LOCAL RULE 1.4

Catherine W. Joyce declares as follows:

1. I am an attorney admitted to practice before the courts of the State of Illinois, am admitted to practice *pro hac* vice before this Court, and am a member of the firm Winston & Strawn LLP. I submit this declaration in accordance with Local Civil Rule 1.4 in support of my Notice of Withdrawal of Calvin Kai-Xin Koo as counsel of record to Defendants Grant Thornton LLP and Mark Ramler.

2.  I respectfully request that the Court permit the requested withdrawal because Mr. Koo has resigned from Winston & Strawn LLP and thus is no longer associated with Winston & Strawn LLP. Defendants Grant Thornton LLP and Mark Ramler will continue to be represented by other Counsel of Record. Therefore, the withdrawal of Mr. Koo will not delay the resolution of this matter.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 30, 2012
Chicago, Illinois

Respectfully submitted,

*Catherine W. Joyce*
Catherine W. Joyce
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, Illinois 60601-9703
T: (312) 558-5600
F: (312) 558-5700

*Attorneys for Defendants*
*Grant Thornton LLP and Mark Ramler*