UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
:                                                    07 MDL 1902 (JSR)
:                                                    (Applies To All Cases)
IN RE REFCO SECURITIES LITIGATION    :
:                                                    CASE MANAGEMENT ORDER #89
:
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

JED S. RAKOFF, U.S.D.J.

     Pursuant to Case Management Order #88, the time for objections to the bill of Special Master Hedges for the month of December 2012 has elapsed. Since the Court did not receive any objection to this bill, the Court hereby directs the Case Accountant to pay the bill forthwith.

     SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       January 27, 2013