```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
In re REFCO INC. SECURITIES               :   07 MDL 1902 (JSR)
LITIGATION                                :
------------------------------------------x
------------------------------------------x
KENNETH M. KRYS, et al.,                  :

        Plaintiffs,                       :

                                          :   08 Civ. 3065 (JSR)
        -v-                               :   08 Civ. 3086 (JSR)

CHRISTOPHER SUGRUE, et al.,               :

        Defendants.                       :
------------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

      On April 1, 2011, counsel for non-parties Peter R. Ginsberg, Patrina Farquharson, and Andrew Feighery filed, without leave of the Court, an "Application Seeking Emergency Stay of Special Master Hedges' Order Regarding Discovery Disputes." On the same day, all relevant counsel convened a conference call with the Court and set a briefing schedule for the contemplated motion. That schedule required the non-parties who filed the "Application Seeking Emergency Stay" to file their moving papers by April 8, 2011.

      On April 7, 2011, all relevant counsel again convened a conference call with the Court and represented that during the interim, the parties had come to a resolution that would obviate the need to hear the motion to stay the Special Master's Order. The parties requested an indefinite adjournment of the briefing

schedule to resolve the April 1, 2011, motion since the parties had agreed to produce all relevant documents subject to mutually acceptable limitations.

Since nearly two years have elapsed and the relevant parties have resolved the discovery dispute between them, the Court hereby denies as moot the non-parties' motion to stay Special Master Hedges's Order regarding discovery disputes relating to Peter Ginsburg. The Clerk of the Court is directed to close document number 517 on the docket of this case.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:   New York, New York
         March 14, 2013