UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re REFCO INC. SECURITIES LITIGATION      :      Case No. 07-MD-1902 (JSR)
-------------------------------------------------------------X

KENNETH M. KRYS, et al.,                    :      Case No. 08-CV-3065 (JSR)
                                            :      Case No. 08-CV-3086 (JSR)
                               Plaintiffs, :
                                            :
              -against-                     :      NOTICE OF APPEARANCE
                                            :
CHRISTOPHER SUGRUE, et al.,                 :
                                            :
                               Defendants. :
-------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

             PLEASE TAKE NOTICE that Robert M. Cary of Williams & Connolly LLP with

an office located at 725 Twelfth Street, N.W., Washington, DC 20005, hereby appears in the

above-captioned action on behalf of defendant Mayer Brown LLP.

             I hereby certify that I am admitted to practice before this court.

                               Respectfully submitted,


                               By: /s/ Robert M. Cary
                                   Robert M. Cary (RC 2605)
                                   WILLIAMS & CONNOLLY LLP
                                   725 Twelfth Street, N.W.
                                   Washington, DC  20005
                                   Email: rcary@wc.com
                                   Telephone:  (202) 434-5000
                                   Fax:  (202) 434-5029

Dated:  April 25, 2013