UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-28-13

|  |  |
|---|---|
| IN RE REFCO INC. SECURITIES LITIGATION | CASE NO. 07-MD-1902 (JSR) |
| This document relates to: <br> KENNETH M. KRYS, *ET AL.*, <br>                   Plaintiffs, <br> -against- <br> CHRISTOPHER SUGRUE, *ET AL.* <br>                   Defendants. | Case No. 08-CV-3065 (JSR) <br> Case No. 08-CV-3086 (JSR) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

NOTICE IS HEREBY GIVEN that Plaintiffs KENNETH M. KRYS and MARGOT MACINNIS as JOINT OFFICIAL LIQUIDATORS of SPhinX Ltd., SPhinX Strategy Fund Ltd., SPhinX Plus SPC Ltd., SPhinX Distressed Ltd., SPhinX Merger Arbitrage Ltd., SPhinX Special Situations Ltd., SPhinX Macro Ltd., SPhinX Long/Short Equity Ltd., SPhinX Managed Futures Ltd., SPhinX Equity Market Neutral Ltd., SPhinX Convertible Arbitrage Ltd., SPhinX Fixed Income Arbitrage Ltd., SPhinX Distressed Fund SPC, SPhinX Merger Arbitrage Fund SPC, SPhinX Special Situations Fund SPC, SPhinX Macro Fund SPC, SPhinX Long/Short Equity Fund SPC, SPhinX Managed Futures Fund SPC, SPhinX Equity Market Neutral Fund SPC, SPhinX Convertible Arbitrage Fund SPC, SPhinX Fixed Income Arbitrage Fund SPC and PlusFunds Manager Access Fund SPC Ltd.; and Plaintiffs KENNETH M. KRYS and MARGOT MACINNIS as ASSIGNEES OF CLAIMS assigned by Miami Children's Hospital Foundation, OFI Palmares, Green & Smith Investment Management LLC, Thales Fund Management LLC, Kellner Dileo & Co. LLC, Martingale Asset Management LP, Longacre Fund Management LLC, Arnhold & S. Bleichroeder Advisers LLC, Pictet & Cie, RGA America Reinsurance Company, Deutsche Bank (Suisse) SA, Arab Monetary Fund, Hansard International Ltd., Concordia

Advisors LLC, Gabelli Securities, Inc. and Citco Global Custody; and THE HARBOUR TRUST CO. LTD. as TRUSTEE of the SPhinX Trust, by and through their undersigned attorneys, and Defendants Grant Thornton LLP and Mark Ramler (the "Grant Thornton Defendants") hereby stipulate and agree that all claims and defenses asserted by or against the Plaintiffs and the Grant Thornton Defendants be dismissed with prejudice, with each party bearing its own attorneys' fees, costs, and expenses related thereto.

Dated: Phoenix, AZ
August 27, 2013

BEUS GILBERT PLLC

By: _____
Leo R. Beus
Robert T. Mills
Lee M. Andelin
Thomas A. Gilson
(lbeus@beusgilbert.com)
701 N. 44th Street
Phoenix, Arizona 85008
Tel: (480) 429-3000

- and -

Dated: New York, NY
August 27, 2013

BROWN RUDNICK LLP

David J. Molton
Andrew Dash
Mason Simpson
(dmolton@brownrudnick.com)
Seven Times Square
New York, New York 10036
Tel: (212) 209-4800

*Attorneys for Plaintiffs*

Dated: Chicago, IL
August 27, 2013

WINSTON & STRAWN LLP

By: _____
Bruce R. Braun
Linda T. Coberly
(BBraun@winston.com)
35 W. Wacker Drive
Chicago, IL 60601
Tel.: (312) 558-5600
*Attorneys for Defendants Grant Thornton LLP and Mark Ramler*

SO ORDERED
_____
USDJ
8-27-13